# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| *In re: Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation,* | ) CASE NO. 1:24-md-3092-JPC ) ) JUDGE J. PHILIP CALABRESE |
| This document relates to:  All Actions | ) ) ) **NOTICE OF APPEARANCE** ) |

Attorney Allyson R. Cady of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP hereby enters her appearance in this case as counsel on behalf of Defendant, Monosol LLC. Please direct all pleadings, notices, and correspondence to the undersigned at the mailing address and email address listed below.

Dated:  February 28, 2024        Respectfully submitted,

                                                   *s/ Allyson R. Cady*
                                                   ALLYSON R. CADY (0098830)
                                                   **BENESCH, FRIEDLANDER, COPLAN &**
                                                       **ARONOFF LLP**
                                                   127 Public Square, Suite 4900
                                                   Cleveland, Ohio 44114-1284
                                                   Telephone:  216.363.4500
                                                   Facsimile:  216.363.4588
                                                   Email:  acady@beneschlaw.com

                                                   *Attorney for Defendant Monosol LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, a copy of the foregoing document was filed electronically via the Court's e-filing system. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Per Appendix B, ¶ 14 of the Northern District of Ohio's Electronic Filing Policies and Procedures Manual, the undersigned certifies that a copy of the foregoing was sent by email to the following counsel of record for the parties who have not yet filed their notice of appearance to receive electronic service notifications in this matter.

Mark Abramowitz (mabramowitz@dicellolevitt.com)
Sherri M. Arrigo (sherri.arrigo@dbmslaw.com)
C. Andrew Childers (achilders@cssfirm.com)
Mark DiCello (madicello@dicellolevitt.com)
Stacy Hauer (shauer@johnsonbecker.com)
Brandon Smith (bsmith@cssfirm.com)
Ed Wallace (eaw@wexlerwallace.com)
Jessica Wieczorkiewicz (jw@wallacemiller.com)

*s/ Allyson R. Cady*
ALLYSON R. CADY (0098830)
*Attorney for Defendant Monosol LLC*