IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| *In re: Suboxone (Buprenorphine/ Naloxone) Film Products Liability Litigation*<br><br>This document relates to: All Actions | Case No. 1:24-md-03092-JPC<br><br>Judge J. Philip Calabrese |

## Supplement to Motion to Appoint Plaintiffs' Leadership

The undersigned respectfully request the inclusion of two additional attorneys—Joyce Reichard and Sara Watkins—on the Plaintiffs' Steering Committee. Their supporting declarations and curriculum vitae are attached as Exhibit 1 and a revised proposed order is attached as Exhibit 2.

Ms. Reichard has been appointed to leadership positions in the *In re East Palestine Train Derailment* consolidated class actions and the In re *Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*. Ms. Watkins is a member of the leadership development committee for the *SoClean Inc. Marketing, Sales Practices & Product Litigation* (MDL 3021). They have committed to devoting the time and resources required for the timely advancement of this MDL.

The undersigned respectfully request that Ms. Reichard and Ms. Watkins be appointed to the leadership of this MDL.

Dated: March 1, 2024

Respectfully submitted,

/s/ Ashlie Case Sletvold
Ashlie Case Sletvold
PEIFFER WOLF CARR KANE
  CONWAY & WISE, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
(216) 589-9280
asletvold@peifferwolf.com

*Proposed Co-Lead Counsel &*
*Court Liaison*

/s/ Erin K. Copeland
Erin K. Copeland
FIBICH, LEEBRON, COPELAND & BRIGGS
1150 Bissonnet Street
Houston, Texas 77005
(713) 424-4682
ecopeland@fibichlaw.com

*Proposed Co-Lead Counsel*

/s/ Timothy J. Becker
Timothy J. Becker
JOHNSON // BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800
tbecker@johnsonbecker.com

*Proposed Co-Lead Counsel*

/s/ Trent B. Miracle
Trent B. Miracle
FLINT COOPER LLC
222 East Park Street, #500
Edwardsville, Illinois 62025
(618) 288-4777
tmiracle@flintcooper.com

*Proposed Co-Lead Counsel*

/s/ Alyson Steele Beridon
Alyson Steele Beridon
HERZFELD, SUETHOLZ, GASTEL,
  LENISKI, AND WALL, PLLC
600 Vine Street, suite2720
Cincinnati, Ohio 45202
alyson@hsglawgroup.com

*Proposed Executive Committee &*
*Liaison Counsel*

/s/ C. Andrew Childers
C. Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 North Druid Hills Road, #100
Atlanta, Georgia 30319
(404) 419-9500
achilders@cssfirm.com

*Proposed Executive Committee*

/s/ Lee Floyd
Lee Floyd
BREIT BINIAZAN
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
(804) 351-9040
lee@bbtrial.com

*Proposed Executive Committee*

/s/ Russell T. Abney
Russell T. Abney
WATTS LLP
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, Texas 78257
(210) 447-0500
russ@wattsllp.com

*Proposed Executive Committee*

/s/ Layne Hilton
Layne Hilton
MEYER WILSON
900 Camp Street, Suite 337
New Orleans, Louisiana 70130
(614) 255-2697
lhilton@meyerwilson.com

*Proposed Executive Committee*

/s/ David P. Matthews
David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, Texas 77098
(713) 522-5250
dmatthews@thematthewslawfirm.com

*Proposed Steering Committee*

/s/ Meghan P. Connolly
Meghan P. Connolly
LOWE SCOTT FISHER
115 Main Street
Chardon, Ohio 44024
(216) 781-2600
mconnolly@lsflaw.com

*Proposed Steering Committee*

/s/ Sara Papantonio
Sara Papantonio
LEVIN, PAPANTONIO, RAFFERTY,
  PROCTOR, BUCHANAN, O'BRIEN,
  BARR & MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7043
spapantonio@levinlaw.com

*Proposed Steering Committee*

/s/ Kristine Kraft
Kristine Kraft
SCHLICTER BOGARD & DENTON
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 884-7706
kkraft@uselaws.com

*Proposed Steering Committee*

/s/ Sara Schramm
Sara Schramm
HAMMERS LAW FIRM
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
(770) 900-9000
sara@hammerslawfirm.com

*Proposed Steering Committee*

/s/ N. John Bey
N. John Bey
BEY & ASSOCIATES
191 Peachtree Street NE #3200
Atlanta, Georgia 30303
(770) 525-9491
john@beyandassociates.com

*Proposed Steering Committee*

/s/ Jessica Wieczorkiewicz
Jessica Wieczorkiewicz
WALLACE MILLER
150 North Wacker Drive, #1100
Chicago, Illinois 60604
(312) 261-6193
jw@wallacemiller.com

*Proposed Steering Committee*

/s/ P. Davis Cooper
P. Davis Cooper
COOPER LAW PARTNERS PLLC
1717 Pennsylvania Avenue NW
Suite 1025
Washington, DC 20006
(202) 866-0171
davis@cooperlawpartners.com

*Proposed Steering Committee*

/s/ Joyce Chambers Reichard
Joyce Chambers Reichard
KELLEY FERRARO LLC
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
(216) 575-0777
jreichard@kelley-ferraro.com

*Proposed Steering Committee*

/s/ R. Stanley Gipe
R. Stanley Gipe
DOLMAN LAW GROUP
800 North Belcher Road
Clearwater, Florida 33765
(727) 451-6900
stan.gipe@dolmanlaw.com

*Proposed Steering Committee*

/s/ Sara Watkins
Sara Watkins
ROBERT PEIRCE & ASSOCIATES P.C.
707 Grant Street, Suite 125
Pittsburgh, Pennsylvania 15219
(412) 281-7229
swatkins@peircelaw.com

*Proposed Steering Committee*

**CERTIFICATE OF SERVICE**

Per Appendix B, ¶ 14 of the Northern District of Ohio's Electronic Filing Policies and Procedures Manual, the undersigned certifies that a copy of the foregoing was sent by email to the following counsel of record for the parties who have not yet filed their notice of appearance to receive electronic service notifications in this matter:

Mark Abramowitz (mabramowitz@dicellolevitt.com)
Sherri M. Arrigo (sherri.arrigo@dbmslaw.com)
C. Andrew Childers (achilders@cssfirm.com)
Mark DiCello (madicello@dicellolevitt.com)
Stacy Hauer (shauer@johnsonbecker.com)
Brandon Smith (bsmith@cssfirm.com)
Ed Wallace (eaw@wallacemiller.com)
Jessica Wieczorkiewicz (jw@wallacemiller.com)
James Griffin O'Brien (jim@beyandassociates.com)
N. John Bey (john@beyandassociates.com)


*/s/ Ashlie Case Sletvold*
Ashlie Case Sletvold