# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION, | ) MDL No. 3092 )  ) ) Case No. 1:24-MD-03092-JPC |
| *This document relates to:* 1:24-sf-65000; 1:24-sf-65001; 1:24-sf-65002; 1:24-sf-65003; 1:24-sf-65004; 1:24-sf-65005; 1:24-sf-65006; 1:24-sf-65007; 1:24-sf-65008; 1:24-sf-65009; 1:24-sf-65011; 1:24-sf-65013; 1:24-sf-65014; 1:24-sf-65016; 1:24-sf-65019; 1:24-sf-65028 | ) ) JUDGE J. PHILIP CALABRESE ) ) ) ) ) ) ) |

## MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS AGAINST DEFENDANT MONOSOL, LLC

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs, as identified below (collectively, "Plaintiffs"), and Defendants, also identified below (collectively, "Defendants") (together with Plaintiffs, the "Parties"), that pursuant to an agreement between the Parties, all claims of each Plaintiff and any counterclaims of each Defendant against Defendant MonoSol, LLC are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

[*Intentionally Left Blank*]

Dated: April 2, 2024

Agreed as to form and substance:

/s/ *Ashlie Case Sletvold [per consent]*
Ashlie Case Sletvold
Heaven N. Jaafar
Marilyn Kaye Ukropina
**PEIFFER WOLF CARR KANE CONWAY & WISE**
6370 Som Center Road, Suite 108
Cleveland, Ohio 44139
216.589.9280
asletvold@peifferwolf.com
hjaafar@peifferwolf.com
mukropina@peifferwolf.com

*Attorneys for David Sorensen (1:24-sf-65000); Haleigh Graham (1:24-sf-65001); Teresita Badalamenti (1:24-sf-65002); Keith King (1:24-sf-65003); Steve Badalamenti (1:24-sf-65005); Jeremy Schie (1:24-sf-65006); Christian Miller (1:24-sf-65007); and Santo Pietro (1:24-sf-65009)*

Respectfully submitted,

/s/ *Alyson Steele Beridon [per consent]*
Alyson Steele Beridon
**HERZFELD, SUETHOLZ, GASTEL, LENISKI, & WALL**
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
513.381.2224
alyson@hsglawgroup.com

/s/ *Benjamim A. Gastel [per consent]*
Benjamin A. Gastel
**HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL**
233 Rosa L. Parks Avenue, Suite 300
Nashville, Tennessee 37203
615.800.6225
ben@hsglawgroup.com

*Attorneys for Stefanie Zubal (1:24-sf-65008)*

/s/ *Trent B. Miracle [per consent]*
Trent B. Miracle
**FLINT COOPER LLC**
222 East Park Street, Suite 500
Edwardsville, Illinois 62025
618.288.4777
tmiracle@flintcooper.com

*Attorney for Kelsie Johnson (1:24-sf-65019)*

/s/ *Timothy J. Becker [per consent]*
Timothy J. Becker
Lisa Ann Gorshe
Stacy Kathryn Hauer
**JOHNSON BECKER LLP**
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
612.436.1800
tbecker@johnsonbecker.com
lgorshe@johnsonbecker.com
shauer@johnsonbecker.com

*Attorneys for Ronald Anderson (1:24-sf-65016)*

2

| | |
|---|---|
| */s/ Jay Joseph Massaro [per consent]* | */s/ C. Andrew Childers [per consent]* |
| Joseph G. Dell | C. Andrew Childers |
| Jay Joseph Massaro | **CHILDERS SCHLUTER & SMITH** |
| **DELL & DEAN PLLC** | 1932 N. Druid Hills Road, Suite 100 |
| 1225 Franklin Avenue, Suite 450 | Atlanta, Georgia 30319 |
| Garden City, New York 11530 | 404.419.9500 |
| 516.880.9700 | achilders@cssfirm.com |
| jdell@d2triallaw.com | |
| jmassaro@d2triallaw.com | *Attorney for Janice Jackson (1:24-sf-65013)* |

*Attorneys for Lori Elliot (1:24-sf-65028)*

| | |
|---|---|
| */s/ Mark M. Abramowitz [per consent]* | */s/ Jessica Wieczorkiewicz [per consent]* |
| Mark A. DiCello | Edward A. Wallace |
| Mark M. Abramowitz | Jessica Wieczorkiewicz |
| **DICELLO LEVITT** | **WALLACE MILLER** |
| 8160 Norton Parkway, 3rd Floor | 150 N. Wacker Street, Suite 1100 |
| Mentor, Ohio 44060 | Chicago, Illinois 60606 |
| 440.953.8888 | 312.261.6193 |
| madicello@dicellolevitt.com | eaw@wallacemiller.com |
| mabramowitz@dicellolevitt.com | jw@wallacemiller.com |

*Attorneys for Ryan Bennett (1:24-sf-65011)*   *Attorneys for Debra Lonask (1:24-sf-650014)*

/s/ Mary Renee Pawelek [per consent]
Mary Renee Pawelek
Matthew L. Streety
Patrick L. DeLaune
Randall L. Christian
**BOWMAN & BROOKE**
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
512.874.3811
mary.pawelek@bowmanandbrooke.com
matthew.streety@bowmanandbrooke.com
patrick.delaune@bowmanandbrooke.com
randall.christian@bowmanandbrooke.com

/s/ Denise A. Dickerson [per consent]
Denise A. Dickerson
**SUTTER O'CONNELL**
3600 Erieview Tower
1301 East Ninth Street
Cleveland, Ohio 44114
216.928.2200
ddickerson@sutter-law.com

*Attorneys for Defendants Indivior, Inc., Indivior, PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., Reckitt Benckiser, LLC, and Reckitt Benckiser Healthcare (UK) Ltd.*

/s/ Allyson R. Cady
Allyson R. Cady
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
216.363.4500
acady@beneschlaw.com

*Attorney for Defendant MonoSol, LLC*

4

| Plaintiff Name | Jurisdiction | Docket No. | Signed with Permission |
|---|---|---|---|
| David Sorensen | NDOH | 1:24-sf-65000 | */s/ Ashlie Case Sletvold* |
| Haleigh Graham | NDOH | 1:24-sf-65001 | */s/ Ashlie Case Sletvold* |
| Teresita Badalamenti | NDOH | 1:24-sf-65002 | */s/ Ashlie Case Sletvold* |
| Keith King | NDOH | 1:24-sf-65003 | */s/ Ashlie Case Sletvold* |
| Steve Badalamenti | NDOH | 1:24-sf-65005 | */s/ Ashlie Case Sletvold* |
| Jeremy Schie | NDOH | 1:24-sf-65006 | */s/ Ashlie Case Sletvold* |
| Christian Miller | NDOH | 1:24-sf-65007 | */s/ Ashlie Case Sletvold* |
| Stefanie Zubal | NDOH | 1:24-sf-65008 | */s/ Benjamim A. Gastel* |
| Santo Pietro | NDOH | 1:24-sf-65009 | */s/ Ashlie Case Sletvold* |
| Ryan Bennett | NDOH | 1:24-sf-65011 | */s/ Mark M. Abramowitz* |
| Janice Jackson | NDOH | 1:24-sf-65013 | */s/ C. Andrew Childers* |
| Debra Lonask | NDOH | 1:24-sf-65014 | */s/ Jessica Wieczorkiewicz* |
| Ronald Anderson | NDOH | 1:24-sf-65016 | */s/ Timothy J. Becker* |
| Kelsie Johnson | NDOH | 1:24-sf-65019 | */s/ Trent B. Miracle* |
| Lori Elliott | NDOH | 1:24-cv-65028 | */s/ Jay Joseph Massaro* |