**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 1:24-md-3092<br><br>MDL No. 3092<br><br>Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) ) | |

**MINUTES AND ORDER**

On May 14, 2024, the Court held a status conference by Zoom on the record.

The following attended on behalf of Plaintiffs: Ashlie Case Sletvold, Erin Copeland, Timothy Becker, Alyson Steele Beridon, Brett Vaughn, Paul Kunz, Juan Manuel Garibay, Kristine Kraft, R. Stanley Gipe, Marilyn Ukropina, Rachel Archambeau, Joyce Chambers Reichard, Paola Mendoza, Joe Masterman, Paul Levin, Hannah Sosland, Lisa Gorshe, C. Andrew Childers, Meghan Connolly, Brandon Smith, Jessica Wieczorkiewicz, Sara Papantonio, Trent Miracle, Christiaan Van Lierop, and Stephanie Traver.

The following attended on behalf of Defendants Indivior, Inc., Indivior Solutions, Inc., Indivior PLC, Acquestive Therapeutics, Inc., Reckitt Benckiser LLC, and Reckitt Benckiser Health Care (UK) Ltd.: Randall Christian, Mary R. Pawelek, Denise A. Dickerson, and Patrick DeLaune.

David Chasen, Sina Toussi, and Victor Alves also attended.

The following items were discussed:

1.  **Rule 502 Order and Protective Order**

The Court addressed the parties' respective positions in dispute on the draft Rule 502 order and the draft protective order, which the parties previously submitted to the Court. (*See* ECF No. 69; ECF No. 70; ECF No. 70-1; ECF No. 70-2.) Generally, the Court directed the parties to follow and to include in each order the dispute resolution process outlined in Local Rule 37.1. Additionally, the Court provided comments on other draft provisions. The Court directed the parties to implement the changes discussed, subject to their objections, and submit a Word version of the revised orders to the Court for review as soon as possible.

2.  **Rule 12 Motions**

With respect to Rule 12 motions, for the reasons stated on the record, the Court sets the following schedule:

| | |
|---|---|
| Plaintiffs' deadline to file an exemplar complaint both in the specific case and on the general MDL docket: | **June 21, 2024** |
| Combined Rule 12(b)(2) and Rule 12(b)(6) motion deadline: | **July 26, 2024** |
| *If Plaintiff seeks jurisdictional discovery*<br>    Deadline to file Plaintiffs' opposition to Rule 12(b)(6) motion and request for discovery: | **August 23, 2024** |
| *Otherwise*<br>    Deadline to file Plaintiffs' opposition to both motions: | |

| | |
|---|---|
| *If Plaintiff seeks jurisdictional discovery* <br>    Response to request for discovery and Reply in support of Rule 12(b)(6) motion: <br> *Otherwise* <br>    Combined Reply in support of Rule 12(b)(6) and Rule 12(b)(2) motions**:** | **September 6, 2024** |

**3.     Tolling**

The Court indicated that it will issue an order addressing the tolling dispute shortly.

**4.     Next Status Conferences**

Previously, the Court set a status conference for June 6, 2024 at 10:00 a.m. in Chambers 16B, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio. Note that this conference may start earlier, depending on travel arrangements and the availability of counsel. Those who wish to listen by phone shall notify the Court's MDL Clerk, Corey McCardle (corey_mccardle@ohnd.uscourts.gov) by June 3, 2024. Consistent with the Court's previous Order, parties shall submit an agenda for the conference by May 31, 2024.

**SO ORDERED.**

Dated:  May 15, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio