# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | Case No. 1:24-md-03092-JPC <br><br> MDL No. 3092 <br><br> Judge J. Philip Calabrese |
| This Document Applies to All Cases | |

## CASE MANAGEMENT ORDER NO. 7
## ESTABLISHING PROCEDURE TO APPOINT
## PLAINTIFFS' LEADERSHIP DEVELOPMENT COMMITTEE

**I.     Establishment of Leadership Development Committee**

The Court finds good cause to establish a Leadership Development Committee ("LDC") in this litigation. The LDC is intended to provide mentorship to attorneys committed to long-term involvement in MDL practice with the goal of developing future MDL leaders. Through this process, the Court intends that less-experienced attorneys will work with and learn from the established leaders the Court has appointed to the Plaintiffs' Leadership Committee.

**II.    Anticipated Duties and Obligations**

The LDC members will be responsible for timely completing projects assigned by the Co-Leads and/or the LDC Chair Lee Floyd. LDC appointments will be personal in nature, and the Court expects that these lawyers will personally perform the duties assigned. Each LDC member will be expected to attest to their willingness to advance funds necessary for the litigation, but at a reduced rate from that contributed by the PLC as determined by Co-Lead Counsel.

### III. Application Process

Any attorney wishing to be considered for appointment to the Suboxone Film Leadership Development Committee shall submit an application to LDC Chair Lee Floyd (lee@bbtrial.com) by 5:00 p.m. eastern time on July 8, 2024. Each application should be in the format used by the PLC in its motion for appointment including both a declaration and résumé (*see* ECF No. 27-1).

From the applications submitted, Ms. Floyd, in consultation with Co-Lead Counsel, will determine an interview schedule for qualified applicants. In considering candidates, counsel are directed to consider all relevant aspects of an applicant's background, education, and experience with an emphasis on how any unique skills or characteristics of the applicant will benefit the development of the case or the representation of the clients in this MDL. The size of the LDC will be within the discretion of Ms. Floyd and Co-Lead Counsel.

### IV. Appointment Submission

On or before August 8, 2024, the PLC shall submit a proposed order to calabrese_chambers@ohnd.uscourts.gov identifying the applicants the LDC Chair and Co-Leads recommend for appointment to the LDC.

**SO ORDERED.**

Dated: June 6, 2024

                                     J. Philip Calabrese
                                     United States District Judge
                                     Northern District of Ohio