**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE SUBOXONE ) | Case No. 1:24-md-3092 |
| (BUPRENORPHINE/NALOXONE) ) | |
| FILM PRODUCTS LIABILITY ) | MDL No. 3092 |
| LITIGATION ) | |
| ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases ) | |
| ) | |

**CASE MANAGEMENT ORDER NO. 9**
**APPOINTING PLAINTIFFS' LEADERSHIP DEVELOPMENT COMMITTEE**

**I.   Purpose and Scope**

In Case Management Order No. 7, the Court established the process to appoint a Plaintiffs' Leadership Development Committee in this litigation. The Committee is intended to provide mentorship to attorneys committed to long-term involvement in mass-tort MDL practice with the goal of developing future MDL leaders.  Through these appointments, the Court intends that less-experienced attorneys will work with and learn from the established leaders the Court has appointed to the Plaintiffs' Leadership Committee.

**II.   Duties and Obligations**

The Committee members appointed in this Order are responsible for timely completing projects assigned by the Co-Leads and/or the Chair of the Leadership Development Committee. Appointments to the Committee are personal in nature and nontransferable.  The Court expects that Committee members will personally perform the duties assigned by the Chair or Co-Leads.  The Committee members attested to their willingness and ability to contribute assessments as determined by

the Co-Leads and will do so as requested. Upon entry of this Order, each Committee member is directed to file a notice of appearance on the MDL docket, become familiar with the Court's standing orders, and review Case Management Order No. 8 (executing but not filing a copy of Exhibit 1). The LDC members shall be appointed for a period of one-year and shall be evaluated annually by September 1 of each year beginning in 2025.

### III. Application Process

The PLC received applications from attorneys around the country. Each applicant was interviewed by LDC Chair Lee Floyd on July 24 or 29, 2024. Ms. Floyd provided her recommendations to the Co-Leads and met with the Co-Leads on August 2, 2024. Each applicant was discussed and considered during this meeting.

The Court directed Ms. Floyd and the Co-Leads to consider all relevant aspects of an applicant's background, education, and experience with an emphasis on how any unique skills or underrepresented characteristics of the applicant would benefit the development of the case or the representation of the clients in this MDL. Additional criteria on which applicants were evaluated were: (1) ability to work well with others; (2) personal interest in and understanding of the litigation; (3) willingness to dedicate the time required to fulfill Committee responsibilities; and (4) commitment to a career representing plaintiffs in mass-tort MDLs.

Consistent with the goal of providing opportunities for attorneys who have not been appointed to leadership roles, candidates whose applications listed prior appointment to an leadership development committee or other formal MDL

appointment were deemed ineligible. A maximum of one applicant per firm was eligible for appointment, notwithstanding any other considerations.

## IV. Leadership Development Committee

The Court appoints the following attorneys to the Leadership Development Committee:

John Michael Allen
FRAZER PLC
30 Burton Hills Road, Suite 450
Nashville, Tennessee 37215
(615) 647-6464
mac@frazer.law

Rachel Archambeau
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1823
rarchambeau@johnsonbecker.com

Marlo Fischer
LAMINACK PIRTLE & MARTINES
5020 Montrose Boulevard, 9th floor
Houston, Texas 77006
(713) 292-2750
marlof@lpm-triallaw.com

Alex Parker
FLINT COOPER COHN
 THOMPSON & MIRACLE
222 East Park Street, Suite 500
Edwardsville, Illinois 62025
(618) 288-4777
aparker@flintcooper.com

Jamie Mauhay Powers
KERSHAW TALLEY BARLOW
401 Watt Avenue, Suite 1
Sacramento, California 95864
(916) 520-6639
jamie@ktblegal.com

Lindsey K. Self
HABER LLP
30195 Chagrin Boulevard, Suite 323
Pepper Pike, Ohio 44124
(216) 250-4782
lself@haberllp.com

Marilyn Ukropina
PEIFFER WOLF CARR KANE
 CONWAY & WISE, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
(216) 589-9280
mukropina@peifferwolf.com

**SO ORDERED.**

Dated: August 8, 2024

                                                 J. Philip Calabrese
                                                 United States District Judge
                                                 Northern District of Ohio