# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | Case No. 1:24-md-3092 <br><br> MDL No. 3092 |
| ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases ) ) | |

## CASE MANAGEMENT ORDER NO. 10
## ADDITIONAL APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

In Case Management Order No. 2, the Court appointed the Plaintiffs' Leadership Committee in this MDL.  At the request of the PLC, the Court appoints the following additional attorney to the Plaintiffs' Steering Committee:

Sarah Gelsomino
FRIEDMAN GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, Ohio 44113
(216) 241-1430
sarah@fggfirm.com

Ms. Gelsomino will have the same duties and obligations of the Plaintiffs' Steering Committee members detailed in Case Management Order No. 2 and subsequent Orders of the Court.

**SO ORDERED.**

Dated: August 8, 2024

                                         J. Philip Calabrese
                                         United States District Judge
                                         Northern District of Ohio