# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHRINE/NAXOLONE) FILM PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  Case No. 1:24-md-3092<br><br>MDL No. 3092<br><br>Judge J. Philip Calabrese<br><br>**THIRD-PARTY WALGREENS BOOTS ALLIANCE, INC.'S UNOPPOSED MOTION FOR CONTINUANCE OF HEARING** |

Now comes Third-Party Walgreens Boots Alliance, Inc., by and through counsel, and respectfully moves this Court to continue the show cause hearing currently scheduled for June 13, 2025 at 10:00 a.m., to June 17, 2025, or to another date convenient for this Court.  Good cause exists to grant this request, which is unopposed.

Walgreens has produced substantially all of the identified pharmacy records pursuant to Case Management Order No. 13 and is actively cooperating with Plaintiffs' counsel to resolve the remaining outstanding records requests.  Counsel for Plaintiffs does not oppose this Motion.  The parties have conferred and agree that June 17, 2025 is a mutually acceptable date, subject to the Court's availability.

Additionally, Walgreens Boots Alliance, Inc. respectfully requests that this Court waive the requirement that Walgreens' representative appear in person at the hearing, given that the representative resides outside the State of Ohio and in light of the parties' ongoing cooperative efforts to resolve the outstanding requests.  In the alternative, Walgreens requests that its corporate representative be permitted to attend the hearing remotely.  Counsel for Plaintiffs takes no position on this request.

- 2 -

Respectfully submitted,

*/s/ Sarah K. Rathke*
Sarah K. Rathke (0074280)
Stephen M. Fazio (0076873)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
E-mail: sarah.rathke@squirepb.com
          stephen.fazio@squirepb.com

*Attorneys for Walgreens Boots Alliance, Inc.*

**Certificate of Service**

I hereby certify that a copy of the foregoing *Third-Party Walgreens Boots Alliance, Inc.'s Unopposed Motion For Continuance of Hearing* has been filed with the Court this 10th day of June, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Sarah K. Rathke*
        Attorney for Walgreens Boots Alliance, Inc.