## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE SUBOXONE | ) | Case No. 1:24-md-3092 |
| (BUPRENORPHINE/NALOXONE) | ) | |
| FILM PRODUCTS LIABILITY | ) | MDL No. 3092 |
| LITIGATION | ) | |
| | ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) | |
| | ) | |

## MINUTES AND ORDER

On June 17, 2025, the Court held a status conference in person following a day-long working session among counsel.

The following attended on behalf of Plaintiffs: Ashlie Case Sletvold, Tim Becker, Erin Copeland, Trent Miracle, and Alyson Steele Beridon.

The following attended on behalf of Defendants Indivior, Inc., Indivior Solutions, Inc., and Aquestive Therapeutics, Inc.: Randall Christian, Mary Pawelek, Patrick DeLaune, Jason Lundry, and Denise Dickerson.

Counsel spent the day conferring and working toward the resolution of various discovery and case management issues. They submitted a proposed production protocol for production of custodial documents from Indivior, which the Court will review. Also, counsel are close to an agreement on a deposition protocol and intend to submit it yet this week. On the record, the Court and counsel addressed the items on the agenda (ECF No. 262) as follows:

1. **Discovery**

    **1.a.  Schedule A and Census Forms**

The PLC provided an update regarding Schedule A and the census process, as outlined in its report.  (ECF No. 263.)  Currently, the number of claimants listed on Schedule A stands at 8,391.  A total of 519 census forms have been served, and there are 3,980 census forms in process in the Crosslink system.

    **1.b.  Census Workflow**

The Court and counsel discussed certain census workflow issues.  In short, the parties have attempted to make it technically impossible to claim certain injuries that fall outside the claims in this MDL.  Additionally, counsel included some explanatory language to help facilitate accurate responses and lower the chance of incorrectly completing the census form.

    **1.c.  Withdrawals of Schedule A Counsel**

The PLC informed the Court that it had identified dual representation in the Schedule A and joinder complaints.  In some cases, counsel listed in the later-filed joinder cases will take over the representation.  Counsel proposed to deal with this issue administratively when they provide the next revised Schedule A.

    **1.d.  Non-Custodial Production Protocol**

The PLC proposed a draft of a protocol for production of non-custodial files.  Counsel for Defendants represented that they will provide comments to the PLC by Monday, June 23, 2025.  Counsel informed the Court that if there is no agreement, this will be an issue to be addressed at the next status conference on July 14, 2025

### 1.e.    Rule 30(b)(6) Deposition Scheduling

Counsel represented that they plan to take the Rule 30(b)(6) depositions the week of September 15, 2025, with productions being made by July 31, 2025.

## 2.    Bellwether Process

Counsel for Defendants reported that 68 Plaintiffs in the Records Collection Pool submitted authorizations only and 124 Plaintiffs have submitted both authorizations and census forms.  (ECF No. 265.)

### 2.a.    Issues with Facilities

Counsel for Defendants informed the Court that they have encountered some technical issues using the authorizations with certain providers to obtain records. Presently, there are technical issues with 38 facilities, which counsel for the parties are working through.  Two of these facilities require wet (not electronic) signatures on the authorizations.  Given the small number of Plaintiffs affected by this, the Court determined that the most efficient solution to this problem is to obtain wet signatures for those two facilities.

### 2.b.    Deadline for Authorizations

Because the deadline for authorizations for the Records Collection Pool coincides with the date of the hearing, counsel asked for guidance regarding the mechanism for dismissals and replacements pursuant to Case Management Order No. 15.  (ECF No. 228.)  Counsel indicated that they will prepare a proposed show-cause order in connection with dismissals and will proceed in the meantime with replacements given the number of plaintiffs expected to fall out of the Record Collection Pool.

**3.    PLC Reappointment**

In light of the upcoming deadline for reappointment of leadership, the PLC represented that it plans to submit a proposed reappointment order by June 30, 2025.

<strong>NEXT STATUS CONFERENCE</strong>

The Court sets a status conference for July 14, 2025 at 10:00 a.m. by Zoom. Those who wish to listen by phone shall notify the Court's MDL Clerk, Andrew Rivera ([Andrew_Rivera@ohnd.uscourts.gov](mailto:Andrew_Rivera@ohnd.uscourts.gov)) by July 11, 2025.

Counsel shall confer on the agenda in advance and submit the agenda no later than 12:00 p.m. on July 11, 2025.

**SO ORDERED.**

Dated:  June 18, 2025

_____

J. Philip Calabrese
United States District Judge
Northern District of Ohio

4