**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE SUBOXONE ) | Case No. 1:24-md-3092 |
| (BUPRENORPHINE/NALOXONE) ) | |
| FILM PRODUCTS LIABILITY ) | MDL No. 3092 |
| LITIGATION ) | |
| ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases ) | |
| ) | |

**CASE MANAGEMENT ORDER NO. 19:**
**REAPPOINTMENT OF PLAINTIFFS' LEADERSHIP COMMITTEE**
**AND LEADERSHIP DEVELOPMENT COMMITTEE**

**I.  Background**

The Court appointed Plaintiffs' leadership at the initial case-management conference on March 14, 2024, subject to annual renewal beginning July 1, 2025. (ECF Nos. 34–35.)  On August 8, 2024, the Court granted the PLC's request to appoint an additional Steering Committee member (ECF No. 133) and a Leadership Development Committee (ECF No. 132).

Also, the Court entered a Common Benefit Order.  (Case Management Order No. 8, ECF No. 98.)  Those Orders are incorporated by reference and the Plaintiffs' Leadership Committee remains bound by their terms, including the requirement to execute the Participating Counsel Agreement (ECF No. 98-1) and follow the time and billing guidelines (detailed in ECF No. 98-2).

**II.     Reappointment of Plaintiffs' Leadership Committee**

**II.A.    Plaintiffs' Co-Lead Counsel**

The Court reappoints the following attorneys as co-lead counsel:

| | |
|---|---|
| Ashlie Case Sletvold<br>Peiffer Wolf Carr Kane<br>Conway & Wise, LLP<br>6370 SOM Center Road, Suite 108<br>Cleveland, Ohio 44139<br>(216) 589-9280<br>asletvold@peifferwolf.com | Erin K. Copeland<br>Fibich, Leebron, Copeland &<br>Briggs<br>1150 Bissonnet Street<br>Houston, Texas 77005<br>(713) 424-4682<br>ecopeland@fibichlaw.com |
| Timothy J. Becker<br>Johnson // Becker, PLLC<br>444 Cedar Street, Suite 1800<br>St. Paul, Minnesota 55101<br>(612) 436-1800<br>tbecker@johnsonbecker.com | Trent B. Miracle<br>Flint Cooper LLC<br>222 East Park Street, #500<br>Edwardsville, Illinois 62025<br>(618) 288-4777<br>tmiracle@flintcooper.com |

**II.B.    Plaintiffs' Executive Committee and Plaintiffs' Liaison Counsel**

The Court reappoints the following attorneys to serve on the Plaintiffs' Executive Committee:

| | |
|---|---|
| Alyson Steele Beridon<br>Herzfeld, Suetholz, Gastel,<br>Leniski, and Wall, PLLC<br>600 Vine Street, Suite 2720<br>Cincinnati, Ohio 45202<br>(513) 381-2224<br>alyson@hsglawgroup.com | C. Andrew Childers<br>Childers, Schlueter & Smith, LLC<br>1932 North Druid Hills Road, #100<br>Atlanta, Georgia 30319<br>(404) 419-9500<br>achilders@cssfirm.com |
| Lee Floyd<br>Breit Biniazan<br>2100 East Cary Street, Suite 310<br>Richmond, Virginia 23223<br>(804) 351-9040<br>lee@bbtrial.com | Layne Hilton<br>Meyer Wilson<br>900 Camp Street, Suite 337<br>New Orleans, Louisiana 70130<br>(614) 255-2697<br>lhilton@meyerwilson.com |

Russ Abney
Watts LLP
4 Dominion Drive, Bldg. 3,
Suite 100
San Antonio, Texas 78257
(210) 447-0500
russ@wattsllp.com

Further, the Court reappoints Ms. Beridon to serve as Plaintiffs' Liaison Counsel for this MDL.

### II.C. Plaintiffs' Steering Committee

The Court reappoints the following attorneys to serve on the Plaintiffs' Steering Committee:

Kristine Kraft
Schlicter Bogard & Denton
100 South Fourth Street,
Suite 1200
St. Louis, Missouri 63102
(314) 884-7706
kkraft@uselaws.com

Meghan P. Connolly
Tittle & Perlmuter
34900 Chardon Road, Suite 202
Willoughby Hills, Ohio 44094
(216) 222-2222
meghan@tittlelawfirm.com

Jessica Wieczorkiewicz
Wallace Miller
200 West Madison Avenue,
Suite 3400
Chicago, Illinois 60606
(312) 261-6193
jw@wallacemiller.com

Sara Schramm
Hammers Law Firm
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
(770) 900-9000
sara@hammerslawfirm.com

Sara Papantonio
Levin, Papantonio, Proctor,
Buchanan, O'Brien,
Barr & Mougey, P.A.
316 South Baylen Street,
Suite 600
Pensacola, Florida 32502
(850) 435-7043
spanantonio@levinlaw.com

Sarah Gelsomino
Friedman Gilbert +
Gerhardstein
50 Public Square, Suite 1900
Cleveland, Ohio 44113
(216) 241-1430
sarah@fggfirm.com

3

P. Davis Cooper
Cooper Law Partners, PLLC
1717 Pennsylvania Avenue
NW, Suite 1023
Washington, DC 20006
(202) 866-0171
davis@cooperlawpartners.com

David P. Matthews
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
(713) 522-5250
dmatthews@thematthewslawfirm.com

R. Stanley Gipe
Dolman Law Group
800 North Belcher Road
Clearwater, Florida 33765
(727) 451-6900
stan.gipe@dolmanlaw.com

N. John Bey
Bey & Associates
191 Peachtree Street NE #3200
Atlanta, Georgia 30303
(770) 525-9491
john@beyandassociates.com

### III. Plaintiffs' Leadership Development Committee

The Court reappoints or appoints (*denoted with an \**) the following attorneys to the Leadership Development Committee:

Rachel Archambeau
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1823
rarchambeau@johnsonbecker.com

Lindsey K. Self
Haber LLP
30195 Chagrin Boulevard,
Suite 323
Pepper Pike, Ohio 44124
(216) 250-4782
lself@haberllp.com

Alex Parker
Flint Cooper Cohn
Thompson & Miracle
222 East Park Street, Suite 500
Edwardsville, Illinois 62025
(618) 620-1207
aparker@flintcooper.com
Marlo Fisher
Laminack Pirtle & Martines
5020 Montrose Boulevard,
9th floor
Houston, Texas
(713) 808-1316
marlof@lpm-triallaw.com

Heaven N. Jaafar*
Peiffer Wolf Carr Kane
Conway & Wise, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
(216) 589-9280
hjaafar@peifferwolf.com
Kathryn L. Avila*
Nigh Goldenberg Raso & Vaughn
1333 College Parkway, #1049
Gulf Breeze, Florida
(711) 210-5557
kavila@nighgoldenberg.com

4

>John Michael Allen
>Frazer PLC
>30 Burton Hills Road, Suite 450
>Nashville, Tennessee 37215
>(615) 647-6464
>mac@frazer.law

IV.   **Annual Renewal**

These appointments are subject to annual renewal on July 1, 2026.

**SO ORDERED.**

Dated:  July 1, 2025

>_____
>J. Philip Calabrese
>United States District Judge
>Northern District of Ohio