UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 1:24-md-3092<br><br>MDL No. 3092<br><br>Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) ) | |

CASE MANAGEMENT ORDER NO. 19:
REAPPOINTMENT OF PLAINTIFFS' LEADERSHIP COMMITTEE
AND LEADERSHIP DEVELOPMENT COMMITTEE

## I. Background

The Court appointed Plaintiffs' leadership at the initial case-management conference on March 14, 2024, subject to annual renewal beginning July 1, 2025. (ECF Nos. 34–35.) On August 8, 2024, the Court granted the PLC's request to appoint an additional Steering Committee member (ECF No. 133) and a Leadership Development Committee (ECF No. 132).

Also, the Court entered a Common Benefit Order. (Case Management Order No. 8, ECF No. 98.) Those Orders are incorporated by reference and the Plaintiffs' Leadership Committee remains bound by their terms, including the requirement to execute the Participating Counsel Agreement (ECF No. 98-1) and follow the time and billing guidelines (detailed in ECF No. 98-2).

**II.     Reappointment of Plaintiffs' Leadership Committee**

### II.A.   Plaintiffs' Co-Lead Counsel

The Court reappoints the following attorneys as co-lead counsel:

Ashlie Case Sletvold
Peiffer Wolf Carr Kane
Conway & Wise, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
(216) 589-9280
asletvold@peifferwolf.com

Erin K. Copeland
Fibich, Leebron, Copeland &
Briggs
1150 Bissonnet Street
Houston, Texas 77005
(713) 424-4682
ecopeland@fibichlaw.com

Timothy J. Becker
Johnson // Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800
tbecker@johnsonbecker.com

Trent B. Miracle
Flint Cooper LLC
222 East Park Street, #500
Edwardsville, Illinois 62025
(618) 288-4777
tmiracle@flintcooper.com

### II.B.   Plaintiffs' Executive Committee and Plaintiffs' Liaison Counsel

The Court reappoints the following attorneys to serve on the Plaintiffs' Executive Committee:

Alyson Steele Beridon
Herzfeld, Suetholz, Gastel,
Leniski, and Wall, PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224
alyson@hsglawgroup.com

C. Andrew Childers
Childers, Schlueter & Smith, LLC
1932 North Druid Hills Road, #100
Atlanta, Georgia 30319
(404) 419-9500
achilders@cssfirm.com

Lee Floyd
Breit Biniazan
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
(804) 351-9040
lee@bbtrial.com

Layne Hilton
Meyer Wilson
900 Camp Street, Suite 337
New Orleans, Louisiana 70130
(614) 255-2697
lhilton@meyerwilson.com

Russ Abney
Watts LLP
4 Dominion Drive, Bldg. 3,
Suite 100
San Antonio, Texas 78257
(210) 447-0500
russ@wattsllp.com

Further, the Court reappoints Ms. Beridon to serve as Plaintiffs' Liaison Counsel for this MDL.

### II.C. Plaintiffs' Steering Committee

The Court reappoints the following attorneys to serve on the Plaintiffs' Steering Committee:

Kristine Kraft
Schlicter Bogard & Denton
100 South Fourth Street,
Suite 1200
St. Louis, Missouri 63102
(314) 884-7706
kkraft@uselaws.com

Meghan P. Connolly
Tittle & Perlmuter
34900 Chardon Road, Suite 202
Willoughby Hills, Ohio 44094
(216) 222-2222
meghan@tittlelawfirm.com

Jessica Wieczorkiewicz
Wallace Miller
200 West Madison Avenue,
Suite 3400
Chicago, Illinois 60606
(312) 261-6193
jw@wallacemiller.com

Sara Schramm
Hammers Law Firm
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
(770) 900-9000
sara@hammerslawfirm.com

Sara Papantonio
Levin, Papantonio, Proctor,
Buchanan, O'Brien,
Barr & Mougey, P.A.
316 South Baylen Street,
Suite 600
Pensacola, Florida 32502
(850) 435-7043
spanantonio@levinlaw.com

Sarah Gelsomino
Friedman Gilbert +
Gerhardstein
50 Public Square, Suite 1900
Cleveland, Ohio 44113
(216) 241-1430
sarah@fggfirm.com

P. Davis Cooper
Cooper Law Partners, PLLC
1717 Pennsylvania Avenue
NW, Suite 1023
Washington, DC 20006
(202) 866-0171
davis@cooperlawpartners.com

David P. Matthews
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
(713) 522-5250
dmatthews@thematthewslawfirm.com

R. Stanley Gipe
Dolman Law Group
800 North Belcher Road
Clearwater, Florida 33765
(727) 451-6900
stan.gipe@dolmanlaw.com

N. John Bey
Bey & Associates
191 Peachtree Street NE #3200
Atlanta, Georgia 30303
(770) 525-9491
john@beyandassociates.com

Sara J. Watkins
Robert Peirce & Associates, P.C.
707 Grant Street, Suite 125
Pittsburgh, Pennsylvania 15219
(412) 281-7229
swatkins@peircelaw.com

Joyce Reichard
Kelley Ferraro LLC
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
(216) 575-0777
jreichard@kelley-ferraro.com

### III. Plaintiffs' Leadership Development Committee

The Court reappoints or appoints (*denoted with an \**) the following attorneys to the Leadership Development Committee:

Rachel Archambeau
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1823
rarchambeau@johnsonbecker.com

Lindsey K. Self
Haber LLP
30195 Chagrin Boulevard, Suite 323
Pepper Pike, Ohio 44124
(216) 250-4782
lself@haberllp.com

Alex Parker
Flint Cooper Cohn
Thompson & Miracle
222 East Park Street, Suite 500
Edwardsville, Illinois 62025
(618) 620-1207
aparker@flintcooper.com

Heaven N. Jaafar*
Peiffer Wolf Carr Kane
Conway & Wise, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
(216) 589-9280
hjaafar@peifferwolf.com

4

| | |
|---|---|
| Marlo Fisher<br>Laminack Pirtle & Martines<br>5020 Montrose Boulevard,<br>9th floor<br>Houston, Texas<br>(713) 808-1316<br>marlof@lpm-triallaw.com | Kathryn L. Avila*<br>Nigh Goldenberg Raso & Vaughn<br>1333 College Parkway, #1049<br>Gulf Breeze, Florida<br>(711) 210-5557<br>kavila@nighgoldenberg.com |

John Michael Allen
Frazer PLC
30 Burton Hills Road, Suite 450
Nashville, Tennessee 37215
(615) 647-6464
mac@frazer.law

IV.  **Annual Renewal**

These appointments are subject to annual renewal on July 1, 2026.

**SO ORDERED.**

Dated:  July 2, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio