**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 1:24-md-3092<br><br>MDL No. 3092<br><br>Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) ) | |

**ORDER TO SHOW CAUSE
AND IDENTIFICATION OF PROVISIONAL REPLACEMENTS
FOR THE RECORD COLLECTION POOL**

On March 14, 2025, the Court issued Case Management Order No. 15 (ECF No. 207). That Order governs the selection of Plaintiffs for a Record Collection Pool. Pursuant to that Order, the parties randomly identified 500 Plaintiffs to provide executed authorizations for collection of certain medical records. The Court issued Case Management Order No. 16 (ECF No. 217) identifying those 500 Plaintiffs. Case Management Order No. 15 provided that Plaintiffs identified for the Record Collection Pool in Case Management Order No. 16 (ECF No. 217) would have 60 days, or until June 17, 2025, to serve the executed Authorizations listed in Section VII.C of the Census Form attached to Case Management Order No. 12 (ECF No. 158-1)—specifically for (1) healthcare provider(s) who prescribed Suboxone Film; (2) healthcare providers who treated plaintiff for the claimed injuries; and (3) pharmacies or MAT clinics where plaintiff picked up Suboxone film.

The Court has been advised that the following Plaintiffs identified for the Record Collection Pool in Case Management Order No. 16 (ECF No. 217) did not serve the executed Authorizations by the June 17, 2025 deadline:

| Plaintiffs Subject to Show Cause Order | | |
|---|---|---|
| Terry Adams | Michael Angelo Falco | Meghan O'Grady |
| Mark Alexander | Joseph Michael Fazzino | Lauren G. Peterson |
| Amy Allison | Jeremiah Garbe | Matthew Prim |
| Stephanie Andrenok | Rhonda Garland | Travis Rainwater |
| Anthony Angelo | Michelle Gerspach | Matthew H. Reed |
| Shari Atchley | Jorge Ginarte | Steven Reed |
| West[ley] Baker | Dawn Faye Godbey | Joseph Rice |
| David Barnes | Maria Gonzalez | Christopher Ritchie |
| Robin Bartlett | Justin Hile | Matthew Rodgers |
| Angel Basquez | Charles Johnson | Jose Rodriguez |
| Shawn Bennett | Christa Johnson | Ashley Rojas |
| Jennifer Bird | Matthew Jones | Johnny Rosario |
| Kayla Bland | Liam Kearney | Brittany Selvage |
| Suheer Blundell | Krystal Benfatti Kelley | Brandon Shepherd |
| Cora Bonin | Jesse Kerbs | Ben Shoemaker |
| Tony Bothelho | Todd Alan Kuhn | Charles Simmons |
| Joelle Bouchard | Vanessa Laino | Chonda Louise Simons |
| Dakota Bradshaw | Lisabeth Lilly | RyAnn Sinclair |
| Samantha Kay Bravo | Clayton Lynch | Romeo Singh |
| Lisa Cartwright | Jaimie Maguire | Mark Smith |
| Johnny Caudill, Jr. | Kris Mallory | Kimberly Smith |
| Jeramee Ryan Coder | Bradford Lee Manning | Joshua Stark |
| Charles Cole | Rafael Martinez | Stephanie Stone |
| Jeffery Conz | Khalil I. Mason | Amy Taylor |
| Bobby Cordova | Tara McCutchan | Tyler Tipton |
| Crystal Craig | Colleen McLaughlin | Robert Watkins II |
| Sarah Crowe | Adrianna B. McLendon | Haley J. Weber |
| Megan M. Dauchenbaugh | Glen McMillin | Mark Wenner |
| Jason David | Juanita Medina | Jinnie White |
| Andre Davis | Nemer Mohammed | Samantha Willard |
| Joanna Davis | Lindsey Muller-Cronk | Mindalyn Williams |
| Michael Dobbins | Richard Neeley | Anna Isabel Williams |
| Christina Dobbins | Zachary Nolan | Jessica Workman |
| Steven Dowell | | |

As to the Plaintiffs listed above, the Court finds good cause to issue the following order:

3

The Court **ORDERS** that on or before August 15, 2025, each of Plaintiff listed above must show cause why he or she did not comply with Case Management Order No. 15 by serving the required authorizations by June 17, 2025. To show cause, a Plaintiff must (1) submit those authorizations via Crosslink and (2) file a memorandum demonstrating good cause why the authorizations were not timely submitted. Such submissions shall be filed in the individual case docket (for individually filed cases) or on the MDL docket (for Schedule A Plaintiffs), shall be titled "RCP Plaintiff [Plaintiff First and Last Name] Response to Show Cause Order," and limited to 500 words.

If a Plaintiff subject to this Show Cause Order disputes that he or she is not in compliance (*i.e.*, *has* timely provided the required authorizations), such Plaintiff or counsel for Plaintiff shall communicate with Defendants' counsel regarding compliance status. Defendants' counsel shall communicate with the PLC to address any such issues cooperatively.

Further, the Court **ORDERS** that Defendants respond to any submission filed pursuant to this Order within 15 days of that submission. Such responses are limited to 500 words. No replies are permitted. As to any Plaintiff listed above who makes a submission pursuant to this Order, the Court will rule whether that Plaintiff will remain in the Record Collection Pool based on the parties' submissions.

For those Plaintiffs listed above as to whom no response is submitted on or before August 15, 2025, the Court will dismiss their claims *with prejudice*. The Court

4

directs the parties to submit a list of any Plaintiffs listed above who have not submitted a response on or before August 15, 2025.

To keep the RCP process moving, the Court identifies the following provisional replacements for the Plaintiffs subject to the Show Cause Order. To the extent that any such Plaintiff serves executed authorizations and demonstrates good cause for the failure to comply by the June 17, 2025 deadline, that Plaintiff will remain in the Record Collection Pool. If she or he does not, that Plaintiff will be replaced by the Provisional Replacement listed beside his or her name below. All Provisional Replacement Plaintiffs are subject to the August 1, 2025 deadline to complete the Census. (ECF No. 158.)

**Removals and Replacements from schedule A**

| Potential Removal | Provisional Replacement |
|---|---|
| Terry Adams | Ryan Hubbard |
| Mark Alexander | Brittany Spears |
| Stephanie Andrenok | Walter Wilhite |
| Anthony Angelo | Mohammed Ahmad |
| Shari Atchley | Michael McCarthy |
| West[ley] Baker | Gregory Arnett |
| David Barnes | Gerard J. Murphy |
| Robin Bartlett | Thomas James |
| Angel Basquez | Sandra Sweeney |
| Shawn Bennett | Dylan Fedukovich |
| Jennifer Bird | William Simcox |
| Kayla Bland | Anthony Sroka |
| Suheer Blundell | Dusty Chaney |
| Cora Bonin | David Lamb |
| Tony Bothelho | Jenny Lawrence |
| Joelle Bouchard | Jennifer Browning |
| Dakota Bradshaw | Naomi Douglas |
| Samantha Kay Bravo | April Page |
| Lisa Cartwright | Renee Kelly |
| Johnny Caudill, Jr. | Shane Mcintire |

| | |
|---|---|
| Jeramee Ryan Coder | Melissa Washney |
| Charles Cole | Kevin Park |
| Bobby Cordova | Jarl James Pietrobone |
| Crystal Craig | Danny Ray Marker |
| Sarah Crowe | Kim Spence |
| Megan M. Dauchenbaugh | Tina Marie Navrat |
| Jason David | John Young |
| Andre Davis | Kareem Wilcott |
| Joanna Davis | Carol Norton |
| Christina Dobbins | Michael Charles Morettie |
| Steven Dowell | Scott H. Beaver |
| Michael Angelo Falco | Jennifer Bright |
| Joseph Michael Fazzino | Darrell Lewis |
| Jeremiah Garbe | Jason Ralston |
| Rhonda Garland | Tina M. Mastramico |
| Michelle Gerspach | Caroline Trotter |
| Jorge Ginarte | Mark Back |
| Dawn Faye Godbey | Christopher Edward Haagen |
| Maria Gonzalez | Christina Buscemi |
| Charles Johnson | Osanna Barikian |
| Christa Johnson | Loretta Santiago |
| Matthew Jones | Brad Schonour |
| Liam Kearney | Austin Clausing |
| Krystal Benfatti Kelley | Belinda Seabolt |
| Jesse Kerbs | Mitchell Prejean |
| Todd Alan Kuhn | Lottie Ann Reiprich |
| Vanessa Laino | Nicholas Barstad |
| Lisabeth Lilly | Andrea B. Slade |
| Clayton Lynch | Steve Hart |
| Jaimie Maguire | Brandon Batcha |
| Kris Mallory | Jovoni Pryor (n/k/a Sebastian) |
| Bradford Lee Manning | Tammie K. Garver |
| Rafael Martinez | Bill Holland |
| Khalil I. Mason | John Hughes |
| Tara McCutchan | Trudy M. Underwood |
| Colleen McLaughlin | Christy Bailey |
| Adrianna B. McLendon | Dennis Oshea |
| Glen McMillin | Edward Mitchell |
| Juanita Medina | Kevin Wright |
| Nemer Mohammed | Halston Neyhart |
| Richard Neeley | David Dibiasi |
| Zachary Nolan | Tiffany Collins |
| Meghan O'Grady | Tabitha Oakley-Wheelus |

6

| | |
|---|---|
| Lauren G. Peterson | Michael Jakel |
| Matthew Prim | Jonathan Zucker |
| Travis Rainwater | Christopher Wilson |
| Steven Reed | Ann Hall |
| Joseph Rice | Michelle Bates |
| Christopher Ritchie | John C. Powers |
| Matthew Rodgers | Stephen Edgeworth |
| Jose Rodriguez | Kimberly Tuck |
| Ashley Rojas | Marvin Lee WIlson |
| Johnny Rosario | Justin D. Pertuset |
| Brittany Selvage | Chaddy Hill |
| Brandon Shepherd | Mark Rodriguez |
| Ben Shoemaker | Gina Andreas |
| Charles Simmons | Hannah Carver |
| RyAnn Sinclair | DeAnna Cox |
| Romeo Singh | Mary Teixeira |
| Mark Smith | Jacob Harrelson |
| Kimberly Smith | Bobby Dunlow |
| Joshua Stark | Rayann Ravenscroft |
| Stephanie Stone | Melany Shulman |
| Amy Taylor | Andrew Deselms |
| Robert Watkins II | Marielena Scibelli |
| Haley J. Weber | Amanda Worley |
| Mark Wenner | Jason Roberts |
| Jinnie White | Lonnie Myers |
| Samantha Willard | Michtraviate Love |
| Mindalyn Williams | Justin Biamonte |
| Anna Isabel Williams | Matthew Todd Whittington |
| Jessica Workman | Trina S. Nichols |

**Removals and Replacements from Individually Filed Cases**

| **Potential Removals** | **Provisional Replacements** |
|---|---|
| Amy Allison | Keri Nicole Kilgore |
| Jeffery Conz | Dana Lally |
| Michael Dobbins | Jeremiah Noel Allen |
| Justin Hile | Blanca Elena Loya |
| Lindsey Muller-Cronk | Joshua Kaufman |
| Matthew Reed | Saul Holland |
| Chonda Louise Simons | Mark Robert Peery |
| Tyler Tipton | John Stuart Stoneman |

The Court directs the parties to submit an amended list of the RCP Plaintiffs upon completion of the show-cause process

**SO ORDERED.**

Dated: July 15, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio