UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Cases | Case No. 1:24-md-3092<br><br>MDL No. 3092<br><br>Judge J. Philip Calabrese |

## ORDER

On August 1, 2025, the Court issued an Amended Order to Show Cause why certain named providers had not complied with requests for records relevant to this MDL. (ECF No. 295.) Previously, counsel advised that records from several were provided (ECF No. 311), and the Court withdrew the Order as to those providers (ECF No. 312). On August 22, 2025, counsel advised that records from additional providers were received. (ECF No. 314.) Therefore, the Court withdraws the Order as to these additional providers.

According to Exhibit A to the Amended Order to Show Cause (ECF No. 295-1), the hearing remains scheduled for Transitions Treatment Program; Riverside Treatment Services; People's Care Pharmacy; Scott A. Mayerberger, MD, PC; Sage Dental of Lake Park; and Care Resources on August 25, 2025 at 1:00 pm in Courtroom 16B.

**SO ORDERED.**

1

Dated:  August 24, 2025

                                            J. Philip Calabrese
                                            United States District Judge
                                            Northern District of Ohio