**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Cases | ) Case No. 1:24-md-03092-JPC<br>)<br>) MDL 3092<br>)<br>) Judge J. Philip Calabrese<br>)<br>) |

**JOINT AGENDA FOR SEPTEMBER 9, 2025 CASE-MANAGEMENT CONFERENCE**

Counsel have conferred and respectfully propose the following topics for discussion at the upcoming conference:

1. Third-party Discovery

    a. Show Cause Order as to Transitions Treatment Program, Riverside Treatment Services, People's Care Pharmacy, and Scott A. Mayerberger, MD, PC (ECF Nos. 317–318.)

2. Plaintiff-centered Discovery

    a. Census Protocol

        i. Update on process to date

            1. PLC report per CMO 12, ¶ II.D (ECF No. 158, PageID #4040)

        ii. Show Cause as to Plaintiffs who did not submit Census (non-RCP)

    b. Record Collection Pool

        i. Update on process to date

            1. Defense report per CMO 15, ¶ III.C (ECF No. 207, PageID #5679)

            2. Status of RCP Show Cause (ECF No. 287)

                a. Plaintiffs opposing dismissal that Defendants contest: Steven Dowell (ECF No. 298), Ben Shoemaker (ECF No. 301), Clayton Lynch

        (ECF No. 302), Robert Watkins (ECF No. 303), and Joshua Stark (ECF No. 306)

    b. Plaintiffs who filed responses that did not oppose dismissal: David Barnes (ECF No. 307) and Dakota Bradshaw (ECF No. 310)

    c. Plaintiffs opposing dismissal that Defendants do not contest: Dawn Godbey (ECF No. 299), Megan Dauchenbaugh (ECF No. 300), Joelle Bouchard (ECF No. 304), and Joseph Fazzino (ECF No. 305)

    d. Plaintiff who will proceed under his case that was not selected for RCP: Mark Alexander (ECF No. 308)

    e. Plaintiff who consented to removal from Schedule A: Matthew Prim (ECF No. 309)

    f. Plaintiffs who did not file a response to ECF No. 287 are listed in Exhibit 1 to this agenda

   3. Show Cause for RCP Plaintiffs and Provisional Replacements who did not submit Census

   4. Authorization update as to CMO Nos. 12 and 13 for future use

 c. Census Round 2 Protocol

3. Defendant-centered Discovery

 a. Non-custodial Production Protocol

 b. Custodial Production Protocol

 c. Custodial production Wave 1

   i. "EMC Source 1" documents as "Non-responsive child attachments" (pre-demerger)

   ii. Challenge to August 15 Clawback Notice

 d. 30(b)(6) production (ECF No. 278 and 279/297)

Dated: September 5, 2025

Respectfully submitted,

/s/ *Ashlie Case Sletvold*
Ashlie Case Sletvold
PEIFFER WOLF CARR KANE
  CONWAY & WISE, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
(216) 589-9280
asletvold@peifferwolf.com

/s/ *Randall L. Christian*
Randall L. Christian
BOWMAN AND BROOKE LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
(512) 874-3811
Randall.Christian@bowmanandbrooke.com

/s/ *Erin Copeland*
Erin Copeland
FIBICH, LEEBRON, COPELAND
  & BRIGGS
1150 Bissonnet Street
Houston, Texas 77005
(713) 424-4682
ecopeland@fibichlaw.com

/s/ *Denise A. Dickerson*
Denise A. Dickerson
SUTTER & O'CONNELL
3600 Erieview Tower
1301 East Ninth Street
Cleveland, Ohio 44114
(216) 928-2200
ddickerson@sutter-law.com

*Attorneys for Defendants Indivior Inc., Indivior Solutions Inc., and Aquestive Therapeutics, Inc.*

/s/ *Timothy J. Becker*
Timothy J. Becker
JOHNSON // BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800
tbecker@johnsonbecker.com

/s/ *Trent B. Miracle*
Trent B. Miracle
FLINT COOPER LLC
222 East Park Street, #500
Edwardsville, Illinois 62025
(618) 288-4777
tmiracle@flintcooper.com

/s/ *Alyson Steele Beridon*
Alyson Steele Beridon
HERZFELD, SUETHOLZ, GASTEL,
  LENISKI, & WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224
alyson@hsglawgroup.com

*Plaintiffs' Co-Lead & Liaison Counsel*