# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Cases | ) ) ) ) ) ) ) ) |  Case No. 1:24-md-3092<br><br>MDL No. 3092<br><br>Judge J. Philip Calabrese |

## ORDER ADOPTING REVISED FORM AUTHORIZATION

At the request of the parties, the Court approves and adopts the authorization form attached as Exhibit 1. Moving forward, Exhibit 1 substitutes for the authorization forms attached to Case Management Order No. 12 (Census Protocol, ECF No. 158-2) (for purposes of Census and Record Collection Pool (ECF No. 207, PageID #5678)) and Case Management Order No. 13 (Medical Records Order, ECF No. 194-1).

The parties agree that if a Plaintiff has executed a prior approved form of the authorization, Defendants will use that authorization form to seek that Plaintiff's records from providers. If a provider rejects the prior executed authorization form, Defendants may seek execution of the new form.

Nothing in this Order adopting a revised authorization form excuses a provider's failure to comply with a request for records under Case Management Order No. 13 unless the provider's rejection relates to an amended component of the form.

**SO ORDERED.**

Dated: September 9, 2025

                                         J. Philip Calabrese
                                         United States District Judge
                                         Northern District of Ohio