# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 1:24-md-3092<br><br>MDL No. 3092<br><br>Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) ) | |

## ORDER REMOVING CERTAIN PLAINTIFFS
## FROM ORDER TO SHOW CAUSE (ECF NO. 328)

The parties have advised the Court that the plaintiffs listed below filed their individual actions after October 7, 2024 and are therefore not subject to Case Management Order No. 12:

| Stacy Desens | 1:24-sf-65712 | Misty Losey | 1:24-sf-65713 |
|---|---|---|---|
| James Gustavson | 1:24-sf-65718 | Jimmy Macklin | 1:24-sf-65715 |
| Jamie Jackson | 1:24-sf-65716 | Brandon Wilbanks | 1:24-sf-65714 |
| Sean Kenna | 1:24-sf-65719 | Lisa Witmer Kreis | 1:24-sf-65717 |

Accordingly, the Court removes these plaintiffs from the Order to Show Cause (ECF No. 328) and adopts the attached Amended Exhibit 1 to that Order (in place of ECF No. 328-1).

**SO ORDERED.**

Dated: September 16, 2025

　　　　　　　　　　　　　　　　　　／s／ J. Philip Calabrese
　　　　　　　　　　　　　　　　　　J. Philip Calabrese
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Northern District of Ohio