UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION ) ) ) | Case No. 1:24-md-3092 MDL No. 3092 |
| ) This Document Applies to All Cases ) ) | Hon. J. Philip Calabrese |

### DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE

On February 13, 2025, this Court entered Case Management Order No. 13 Collection of Records (ECF No. 194). The Order requires providers to produce records to requesting counsel within 30 days of receipt of an executed medical authorization and a copy of the Order. If providers do not comply with the Order, the Defendants may seek a hearing and entry of an Order to Show Cause as to why the providers should not be held in contempt or subjected to sanctions under Rule 37(b)(2)(A) for failure to comply with a discovery order.

Since the entry of Case Management Order No. 13, several providers have failed to comply with requests for medical, dental and/or pharmacy records submitted by counsel. The requests were submitted in compliance with the Order. Specifically, the following providers have failed to comply with Case Management Order No. 13 by not providing medical, dental and/or pharmacy records within thirty (30) days for the Plaintiffs listed on **Exhibit A** despite requesting counsel

1

providing them with executed medical authorizations and copies of Case Management Order No. 13:

- Gulf Coast Interventional Pain Management
- Eleanor Health
- Ascension Medical Group Wisconsin
- Albertsons Safety Pharmacy Corporate Office
- Sure Medical Care
- New Island Pharmacy
- Healthy Minds WVU
- Redwood Dental Woodhaven
- Liberty 786 Dentistry
- Kinney Drugs
- Mustafa, Syed K MD
- North Seattle Public Health Dental Clinic
- Premier Dental Clinic
- Sparkle City Dental and Orthodontics
- Campos, Dr. Luis I
- All Care
- Kaiser & Rosen Dental Associates
- Anchor Medical LLC
- Craft Behavioral Health LLC
- Pouliot, Matthew
- Spero Health
- Alpha Dental
- Beckley Pharmacy
- Postone, Ariel MD
- Northern Light Acadia Hospital
- Eastport Family Pharmacy
- Perrone, Vincenzo
- LECOM School of Dental Medicine
- Massachusetts General Hospital – Internal Medicine
- Skordas, Fotios A DDS
- Panacea Recovery & Wellness Suboxone Treatment
- Rush, Neil C DMD
- Associates in Behavioral Science
- Clean Slate Outpatient Addiction Treatment
- Correctional Dental Associates
- Perfect Smiles Dental of Forest Hills
- Zak Dental

- Kindcare Pharmacy and Medical Supply
- Brookpark Medical Associates Inc
- WCPA Treatment Center
- 301st Medical Squadron
- Internal Medicine of Greater New Haven
- Crossroads Treatment of Altoona PA
- Shamsi, Muhmmad N MD
- Kassis, Spiro MD
- Spring-Ford Family Dental
- Pomona Dental
- Lawndale Dental
- Shasta County Jail
- Bear River Health
- Inroads to Recovery
- Dream Dental Care
- Southroads Dental Center
- Denver Health Pena Clinic
- Skiffey & Neapolitan Dental
- Walgreens Corporate Office
- Cornerstone Project
- 4th Street Dental Studio
- Western Dental & Orthodontics
- Interpersonal Psychiatry
- Walgreens Corporate Office
- Walgreens Corporate Office
- UC Health Primary Care
- Bailey, Patricia D PhD, PMHNP
- Highlife Recovery
- Priority Health Pharmacy
- BrightView Glendale Addiction Treatment Center
- Concerted Care Group
- Mercy Health – St Ritas Medical Center
- King Sooper
- Aspen Dental
- Advantage Medical Group
- JR Dental Care
- Standard Drug Store
- Peck, Susan
- Publix Pharmacy Corporate Office
- Milestones Wellness Centers

- Crossroads Treatment Center of Butler PA
- Madkaiker, Prita S MD
- Rapides Primary Health Care Center
- Melrose Recovery LLC
- Western Dental & Orthodontics
- Advanced Psychiatry Clinics SC
- Trending Upwards
- Charles Street Dental
- 211 Dental Center
- MidAmerica Center for Dental Wellness
- New Baltimore Family Dentistry
- Crossroads Treatment Center
- Peter C Pham PC
- Dayton Pain Center LLC
- Project Renewal Third Street Mens Shelter
- French Creek Dental Group
- Advantage Dental
- CVS Pharmacy
- Super Care Pharmacy
- Kolbe Clinic
- Western Dental & Orthodontics
- Affordable Dentures and Implants
- West Coast Dental of Long Beach
- Brightside Clinic of Tinley Park
- NuVitas Group
- West Grove Clinic SC
- Safe Meadow Medical Center
- Centerpoint Healthcare and Suboxone Clinic
- Linell Baylis MD PC
- Partridge Comprehensive Health Services
- Florida Department of Corrections
- Right Track Addiction Services
- MedStar Health Fetal Assessment Center
- Go Medical Group
- Publix Pharmacy Corporate Office
- Beckley Area Medical Clinic Surgical
- Franklin Dental Care and Dentures
- Beckley Pharmacy
- Liberty Dental Centers
- Tug River Health Association

- Gordner Prosthodontics
- Genoa Healthcare
- Victorville Dental Office
- Healing Hands Healthcare
- Prime Medical
- Warner, Gregg
- Southern Indiana Comprehensive Treatment Center
- Bucksport Regional Dental Center
- Williamson Comprehensive Treatment Center
- Rivers Oral Surgery
- Raleys Pharmacy
- For Your Health Julie Chicks MD
- Williams Dental & Orthodontics
- Clarksburg Comprehensive Treatment Center
- Ketron, Moss DDS
- Med Express Urgent Care
- Project Renewal Inc

The Defendants request that the Court enter an Order to Show Cause why each provider listed above should not be held in contempt or subject to other or additional sanctions under Rule 37(b)(2)(A) for failure to comply with Case Management Order No. 13 by not providing medical, dental and/or pharmacy records within 30 days to requesting counsel for the Plaintiffs listed on **Exhibit A**.

Dated: October 10, 2025                Respectfully submitted,


/s/ Denise A. Dickerson
Denise A. Dickerson (#0064947)
SUTTER O'CONNELL
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Tel: (216) 928-2200
Fax: (216) 928-4400
ddickerson@sutter-law.com

>Randall L. Christian
>BOWMAN AND BROOKE LLP
>2901 Via Fortuna Drive, Suite 500
>Austin, Texas 78746
>Tel: (512) 874-3811
>Fax: (512) 874-3801
>
>*Attorneys for Defendants Indivior Inc., Indivior Solutions Inc., and Aquestive Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

Per Appendix B, ¶ 14 of the Northern District of Ohio's Electronic Filing Policies and Procedures Manual, I hereby certify that on October 10, 2025, the foregoing *Defendants' Motion for Order to Show Cause* was electronically filed with the Clerk of Court using the CM/ECF system, and notice of this filing will be electronically transmitted to all counsel of record by operation of the Court's electronic filing system.

>*/s/ Denise A. Dickerson*
>Denise A. Dickerson