# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) Case No. 1:24-md-3092 ) ) MDL No. 3092 ) ) Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) ) |

## THIRD AMENDED CASE MANAGEMENT ORDER NO. 16
## IDENTIFICATION OF PLAINTIFFS RANDOMLY SELECTED
## FOR THE RECORDS COLLECTION POOL

Since the entry of Second Amended Case Management Order No. 16 identifying the Records Collection Pool (ECF No. 239) and the disposition of the Orders to Show Cause regarding Plaintiffs in the Records Collection Pool (ECF No. 287; ECF No. 329, as adjudicated in ECF No. 527; ECF No. 548; & ECF No. 549), the parties have randomly generated the final round of replacements for the pool pursuant to Case Management Order No. 15.  The following Plaintiffs are designated for the Record Collection Pool:

**Individually Filed Cases**

| | | |
|---|---|---|
| 1 | Benny Adkins | 1:24-sf-65328 |
| 2 | Cigi Alexander | 1:24-sf-65086 |
| 3 | Jeremiah Noel Allen | 1:24-sf-65430 |
| 4 | Jessica Baer | 1:24-sf-65416 |
| 5 | Michele Bailey | 1:24-sf-65396 |
| 6 | Timothy Bladel | 1:24-sf-65658 |
| 7 | Sharon Blizzard | 1:24-sf-65209 |
| 8 | John Brezden | 1:24-sf-65080 |
| 9 | Mary Brock | 1:24-sf-65289 |
| 10 | Cory Buck | 1:24-sf-65645 |
| 11 | Bradley Button | 1:24-sf-65204 |
| 12 | Shane Carnes | 1:24-sf-65555 |

| 13 | Chastity Dawn Champ | 1:24-sf-65150 |
| --- | --- | --- |
| 14 | Emma Cottongin | 1:24-sf-65130 |
| 15 | David Crow | 1:24-sf-65200 |
| 16 | Pamela Cuppy | 1:24-sf-65256 |
| 17 | Lisa Dale | 1:24-sf-65544 |
| 18 | Sandra Davis | 1:24-sf-65141 |
| 19 | Amanda Derosier | 1:24-sf-65373 |
| 20 | Donald Dillow | 1:24-sf-65325 |
| 21 | Danny DiPascale | 1:24-sf-65417 |
| 22 | Charley Eakle | 1:24-sf-65145 |
| 23 | John Farrell | 1:24-sf-65066 |
| 24 | Shaun Gallagher | 1:24-sf-65421 |
| 25 | Christina Gange | 1:24-sf-65252 |
| 26 | Peter Garcia | 1:24-sf-65439 |
| 27 | Christa Gates | 1:24-sf-65309 |
| 28 | Mary Gigilio-Greenway | 1:24-sf-65115 |
| 29 | Jessica Golden | 1:24-sf-65052 |
| 30 | Barbara Gutermuth | 1:24-sf-65191 |
| 31 | George Harbison | 1:24-sf-65139 |
| 32 | Harry Hardy | 1:24-sf-65618 |
| 33 | Billy Hensley | 1:24-sf-65192 |
| 34 | Saul Holland | 1:24-sf-65477 |
| 35 | Roy Hood | 1:24-sf-65055 |
| 36 | Regina Hopper | 1:24-sf-65222 |
| 37 | James Jackson | 1:24-sf-65342 |
| 38 | Jadrian Jones-Babineau | 1:24-sf-65336 |
| 39 | Ruby Jorgensen Prado | 1:24-sf-65159 |
| 40 | Randy Kasiewicz | 1:24-sf-65279 |
| 41 | Joshua Kaufman | 1:24-sf-65040 |
| 42 | Keri Nicole Kilgore | 1:24-sf-65389 |
| 43 | Chase Knece | 1:24-sf-65463 |
| 44 | Dana Lally | 1:24-sf-65609 |
| 45 | Angela Laudermilk | 1:24-sf-65375 |
| 46 | Elizabeth Leaf | 1:24-sf-65604 |
| 47 | Eric Lloyd | 1:24-sf-65623 |
| 48 | Leah Lowe | 1:24-sf-65163 |
| 49 | Blanca Elena Loya | 1:24-sf-65547 |
| 50 | Christa Luhman | 1:24-sf-65031 |
| 51 | Anna Martorana | 1:24-sf-65460 |
| 52 | Nadia Massage | 1:24-sf-65512 |
| 53 | Danielle McCain | 1:24-sf-65619 |

| 54 | Alysia McCloskey | 1:24-sf-65044 |
|----|------------------|---------------|
| 55 | Beverly McGouey | 1:24-sf-65027 |
| 56 | Ryan Merrick | 1:24-sf-65177 |
| 57 | Amanda Miller | 1:24-sf-65199 |
| 58 | Frederick Miller | 1:24-sf-65501 |
| 59 | Nemer Mohammad | 1:24-sf-65340 |
| 60 | Nicole Murphy | 1:24-sf-65360 |
| 61 | Paula Norris | 1:24-sf-65231 |
| 62 | Ronald Oatley | 1:24-sf-65268 |
| 63 | Kevin Oskins | 1:24-sf-65665 |
| 64 | Kelcy Otani | 1:24-sf-65305 |
| 65 | Mark Robert Peery | 1:24-sf-65068 |
| 66 | Jeffrey Pender | 1:24-sf-65170 |
| 67 | Kyle Pericoloso | 1:24-sf-65517 |
| 68 | Jesse Perkins | 1:24-sf-65478 |
| 69 | Melissa Peters | 1:24-sf-65613 |
| 70 | Michael Ray | 1:24-sf-65650 |
| 71 | Jamal Rehman | 1:24-sf-65267 |
| 72 | Laura Richards | 1:24-sf-65353 |
| 73 | Annie Roberts | 1:24-sf-65361 |
| 74 | James Romine | 1:24-sf-65112 |
| 75 | Julie Schafer | 1:24-sf-65655 |
| 76 | Nicholas Schneider | 1:24-sf-65161 |
| 77 | Wallace Seegar | 1:24-sf-65133 |
| 78 | Brian Sharp | 1:24-sf-65359 |
| 79 | Joshua Skelton | 1:24-sf-65666 |
| 80 | Michael Skidmore | 1:24-sf-65303 |
| 81 | Anna Snowden | 1:24-sf-65026 |
| 82 | Kari Stalans | 1:24-sf-65143 |
| 83 | James Starrett | 1:24-sf-65572 |
| 84 | Nicole Stegman | 1:24-sf-65276 |
| 85 | John S. Stoneman | 1:24-sf-65415 |
| 86 | Raymond Summers | 1:24-sf-65203 |
| 87 | Brett Swerdlin | 1:24-sf-65228 |
| 88 | Jeremy Thomas | 1:24-sf-65554 |
| 89 | Ava Thomas | 1:24-sf-65117 |
| 90 | Rodney Tudich | 1:24-sf-65348 |
| 91 | Shelby Turner | 1:24-sf-65490 |
| 92 | Michael Turner | 1:24-sf-65456 |
| 93 | Jessica Vincent | 1:24-sf-65098 |
| 94 | Gary Voyce | 1:24-sf-65579 |

| 95 | Tyler J. Wachter | 1:24-sf-65575 |
|---|---|---|
| 96 | Joseph Waldron | 1:24-sf-65571 |
| 97 | Lynn Wesley | 1:24-sf-65451 |
| 98 | Joseph Wright | 1:24-sf-65485 |
| 99 | Jeremy Wright | 1:24-sf-65426 |
| 100 | Christopher Yadach | 1:24-sf-65576 |

**Schedule A Plaintiffs**

| # | Name | # | Name |
|---|---|---|---|
| 1 | Joshua Troy Adams | 201 | Alina Renee Lozowski |
| 2 | Nick Robert Adams | 202 | Michele Angel Lupi |
| 3 | Alicia LeAnn Adkins | 203 | Cassander N. Lynch |
| 4 | Mohammed Ahmad | 204 | Katlynn Lyster-Bean |
| 5 | Susan Lynette Akers | 205 | Shanna M. Maes |
| 6 | Timothy Alexander | 206 | Edin Majdanac |
| 7 | Sabrina Alvarez | 207 | Dakota Makaryk |
| 8 | William Alvarez-Clark | 208 | Danyle Nichole Malcolm |
| 9 | Corey Ames | 209 | Salvatore Marciano |
| 10 | Shawn Allen Anderson | 210 | Danny Ray Marker |
| 11 | Gina Andreas | 211 | Jeremiah Marsh |
| 12 | Taylor Marie Andrews | 212 | Lynnmarie Martin |
| 13 | Marc Back | 213 | Nathan Daniel Martin |
| 14 | Shannon Bagwell | 214 | Cassidus S. Martinez |
| 15 | Christa Bailey | 215 | Johnny Martinez |
| 16 | Sylvia Jean Baker | 216 | Mary A. Massaker |
| 17 | Jack R. Bakmezian | 217 | Tina Mastramico |
| 18 | Ferras Ballut | 218 | Cortney Mayer |
| 19 | Nicholas Barstad | 219 | Ferlin Ray Maynard |
| 20 | Jacob Thomas Baumgarten | 220 | Mark Anthony Maynor |
| 21 | Scott H. Beaver | 221 | Sam M. Mazzola |
| 22 | Angela Lea Beerman | 222 | Brenda Lynn McAuley |
| 23 | Tiffanie Begin | 223 | Lauren McCachren |
| 24 | Liza Marie Berkley | 224 | Michael McCarthy |
| 25 | Joseph Daniel Bernal | 225 | William McCarty |
| 26 | Laurene Blalock | 226 | Sarah N. McLeod |
| 27 | Justin Biamonte | 227 | Christopher J. McMullen |
| 28 | Gerard Blasich | 228 | Jazma Korshea McQuarn |
| 29 | Jeffrey Bodine | 229 | Joshua Means |
| 30 | Roxanne Dione Boyce | 230 | Angel Medine |
| 31 | Lindsey Shannon Brannen | 231 | Rachel Diana Medlin |
| 32 | Andrea Lynn Brewer | 232 | Clinton Thomas Mercer |

| | | | |
|---|---|---|---|
| 33 | Jennifer Bright | 233 | Jami M. Mercer |
| 34 | Darren Michael Brod | 234 | Shannon Merritt |
| 35 | Rowan Dee Burdette | 235 | Noelani Hannah Merzlak |
| 36 | Christina Buscemi | 236 | Christina Lynn Miles |
| 37 | Jacob Seth Butler | 237 | Gregory Warren Minor |
| 38 | Kaisharyea Butler | 238 | Brooke Victoria Mitchell |
| 39 | Justin Richard Butler | 239 | Edward Mitchell |
| 40 | Brandie Butterfield | 240 | Rodney Mitchell |
| 41 | Annamarie Caballero | 241 | Guy Anthony Morgan |
| 42 | Denise Calabrese | 242 | Rhonda Morris |
| 43 | Bryan Candler | 243 | Haley Elizabeth Morris |
| 44 | Carina Theresa Canney | 244 | Todd Keith Moyer |
| 45 | Marc Christopher Canon | 245 | Christopher Lee Muncy |
| 46 | Michael Cantone | 246 | Anjelica Marie Murat |
| 47 | Sean Carnes | 247 | Gerard J. Murphy |
| 48 | Scott Carpenter | 248 | Michael L. Myers |
| 49 | Timothy Scott Carroll | 249 | Brittany Neville |
| 50 | Hannah Carver | 250 | Trina S. Nicole |
| 51 | Jonathan Castle | 251 | Lance Nobles |
| 52 | Judith M. Chamberlain | 252 | Carol Ann Norris |
| 53 | Sean Martin Champagne | 253 | Carol Norton |
| 54 | Donna Christensen | 254 | Griffin O'Brien |
| 55 | Brandon Clark | 255 | Ali Haghighat Olyaie |
| 56 | Patsy Clark | 256 | Richard Opelt |
| 57 | Austin Clauding | 257 | Aaron M. Ordway |
| 58 | Nicholas Vaglica Clifford | 258 | Amelia Ortiz |
| 59 | Justin Coeburn | 259 | Dennis O'Shea |
| 60 | Eric Daniel Coffey | 260 | Federman Osorio |
| 61 | Katie Lea Colvin | 261 | Kevin Park |
| 62 | Tyler Coon | 262 | John Parra |
| 63 | Daniel Glenn Cooper | 263 | Aaron William Payne |
| 64 | Mari Luetta Cooper | 264 | Kacey Dale Payne |
| 65 | Karisa Lynn Copley | 265 | Robert Matthew Payne |
| 66 | Staci Corby | 266 | Christopher Peace |
| 67 | Levi Cornett | 267 | Laura Pearson |
| 68 | Jemery Cosner | 268 | Francis Pecikonis |
| 69 | Nikki Taylor Cottrill | 269 | James Perrin |
| 70 | DeAnna Cox | 270 | Justin D. Pertuset |
| 71 | Zachary James Crabtree | 271 | Scott Edward Pfeiffer |
| 72 | Rodney Robert Crafa | 272 | Jarl James Pietrobone |
| 73 | Brittany Crawford | 273 | William Cody Piper |

| | | | |
|---|---|---|---|
| 74 | Rojena Crawley | 274 | Joshua Pitcher |
| 75 | Jessica Crocker | 275 | Albert Plinto |
| 76 | Kevin Crook | 276 | John C. Powers |
| 77 | Kenneth Michael Crouser | 277 | Angel M. Prescott |
| 78 | Mark Cunning | 278 | Amanda Nicole Preston |
| 79 | Zachary Cunningham | 279 | Catrina Price |
| 80 | Jacob Clinton Curtsinger | 280 | Kevin Mathew Priddy |
| 81 | Megan Dauchenbaugh | 281 | Jovoni Pryor |
| 82 | Richard Allen Davis | 282 | Yvonne Quintana |
| 83 | Timothy James Demolet | 283 | Rebecca Ranson |
| 84 | Andrew Deselms | 284 | Jonathan Rapphahn |
| 85 | Rodney James Dewiel | 285 | Michelle Katherine Rauen |
| 86 | David Dibiasi | 286 | Tanner Ray Reece |
| 87 | Trent Joseph Dickinson | 287 | Lottie Ann Reiprich |
| 88 | Joseph Digilio | 288 | Marcus Tyrone Rhymes |
| 89 | John Joseph Dixon | 289 | Dalton Tate Rich |
| 90 | Naomi Douglas | 290 | Melissa Sue Richards |
| 91 | Steven Dowell | 291 | Hector A. Rivera |
| 92 | Hannah Suzanne Dubois | 292 | Lee Robbins |
| 93 | Richard Ducko | 293 | Brandon Joseph Roberts |
| 94 | Brian Earlywine | 294 | Brian Michael Roberts |
| 95 | Stephen Edgeworth | 295 | Lisa Roberts |
| 96 | Ron Ellis | 296 | Russell G. Roberts |
| 97 | Christopher Erthal | 297 | Erica Rodberg |
| 98 | Curtis Fairbanks | 298 | Mark Rodriguez |
| 99 | Shereen Hani Fakhoury | 299 | Jasmine Kasmira Roghani |
| 100 | Jeffrey Scott Farnell | 300 | Daniel J. Rolfe |
| 101 | Patrick Farrell | 301 | Phaedra F. Rose |
| 102 | Michele Denine Fay | 302 | William Arthur Rosenthal |
| 103 | Joseph Michael Fazzino | 303 | Tiffany S. Ross-Dean |
| 104 | Dylan Fedukovich | 304 | Shawn A. Roszak |
| 105 | Christopher Lewis Ferlisi | 305 | Tony Maynard Rowlett |
| 106 | Stephen Michael Floystrop | 306 | Justin Ruiz |
| 107 | Richard Fluty | 307 | Scott Thomas Russ, Sr. |
| 108 | Michael Ford | 308 | Kevin Michael Russell |
| 109 | Ashlee Foster | 309 | Kayla Russo |
| 110 | James L. Foster | 310 | Nadina Sali |
| 111 | Keith Allen Frasure | 311 | Armando Salmon |
| 112 | Ian M. Frey | 312 | Danielle C. Sammartino |
| 113 | Richard Lewis Fried | 313 | Matthew Sanchez |
| 114 | Joseph F. Fusaro | 314 | Betty Jean Sandlin |

| | | | |
|---|---|---|---|
| 115 | Stephanie Marie Gabrys | 315 | Loretta Santiago |
| 116 | Jessica Gaglia | 316 | Mary Santiago |
| 117 | Sara Gagnon | 317 | Garrick Sasso |
| 118 | Robert Galle | 318 | Richard Savoy |
| 119 | Juana Garcia | 319 | Brianna Schaeffer |
| 120 | Jacqueline R. Garrett | 320 | Nicole C. Schlichter |
| 121 | Tammie K. Garver | 321 | Daniel Schlossberg |
| 122 | Austin Baun Gavello | 322 | Brad Schonour |
| 123 | Joshua Daniel Giammarino | 323 | Ashley L. Schopp |
| 124 | Diana Lynn Gibellina | 324 | Krystle Scott |
| 125 | Salvatore Charles Gibilsco | 325 | Belinda Seabolt |
| 126 | Dawn Faye Godbey | 326 | Shawn Seay |
| 127 | Michael Goff | 327 | Jeremy M. Schaffer |
| 128 | David Andrew Green | 328 | Audrey Sheffler |
| 129 | Joshua M. Greene | 329 | Michelle Shepherd |
| 130 | Ashley Ward Grubb | 330 | Shannon Renae Shepherd |
| 131 | Leigha Guerrero | 331 | Sherri Sherwin |
| 132 | Benjamin Henry Guyon | 332 | James Shockley |
| 133 | Bryan Kyle Haas | 333 | Melany Shulman |
| 134 | Ann Hall | 334 | Teresa Lynn Sizemore |
| 135 | Catina Hall | 335 | Brandon Lee Smith |
| 136 | Jennifer Hall | 336 | Carl Lloyd Smith |
| 137 | Nicole Hallman-Ascencion | 337 | Jana Michelle Smith |
| 138 | William Hamby | 338 | Kristy Smith |
| 139 | James Lewis Hamlin | 339 | Steven Lee Smith |
| 140 | Kelsey Hammock | 340 | Brittany Spears |
| 141 | Cailtin E. Hanrahan | 341 | Darrell Spicer |
| 142 | Jeff Harness | 342 | Gabriel Sobczak |
| 143 | Luke Harrington | 343 | Branden J. Soto |
| 144 | Bethany Rose Hart | 344 | Kim Spence |
| 145 | Steve Hart | 345 | Anthony Sroka |
| 146 | Chad Hartley | 346 | Joshua Stark |
| 147 | Yvette Hastings | 347 | Cynthia Stelle |
| 148 | Amanda Jo Hayes | 348 | Susan K. Stollings |
| 149 | James Heath | 349 | Sandra Sweeney |
| 150 | Heather Hensley | 350 | Cody Teesdale |
| 151 | Jeremy Michael Hibbard | 351 | Nicholas Thompson |
| 152 | Alex D. Hilgenberg | 352 | Timothy Thompson |
| 153 | Jonathan Edgar Hirtreiter | 353 | Sarah Tomlinson |
| 154 | Bill Holland | 354 | Kayla E. Topovski |
| 155 | Edward Clarence Holland | 355 | Ronald Towne |

| | | | |
|---|---|---|---|
| 156 | Leea Marie Hoover | 356 | Kimberly Tuck |
| 157 | Robert Herrick Howland | 357 | Billy Gene Tucker |
| 158 | Ryan Hubbard | 358 | Caroline Trotter |
| 159 | Christina Hughes | 359 | April Trusty |
| 160 | John Hughes | 360 | Trudy Underwood |
| 161 | Jonathan T. Hughes | 361 | Chantal Lee Vance |
| 162 | Michael Hughes | 362 | Michael B. VanDyke |
| 163 | Melissa Hummel | 363 | Erika Marie Vasquez |
| 164 | Colton Jahoda | 364 | Elbert Vaught |
| 165 | Michael Jakel | 365 | Paul Versten |
| 166 | Thomas James | 366 | David Ruben Villarreal |
| 167 | Amber Dawn Johnson | 367 | Lori Ella Vogt |
| 168 | Michael Johnson | 368 | Lori Michelle Wakefield |
| 169 | Mitchell Jones | 369 | Frederick Walker |
| 170 | Shane C. Jordan | 370 | Deborah Wall |
| 171 | Meg E. Juonis | 371 | Ryan Adam Ward |
| 172 | Bruce S. Kaplan | 372 | Kim Wareham |
| 173 | Brittany Nicole Karcher | 373 | Mary Warf |
| 174 | Jillian Kavinsky | 374 | Joseph J.L. Warner |
| 175 | Misty Lee Keffer | 375 | Melanie Warren |
| 176 | Michelle Renee Kelly | 376 | Melissa Washney |
| 177 | Renee Kelly | 377 | Sunie Shawn Waterhouse |
| 178 | Joshua Edward Kelsey | 378 | Christopher Weatherly |
| 179 | Jesse Kerbs | 379 | Hannah Webber |
| 180 | Joseph Michael Kern | 380 | Crystal Weddington |
| 181 | Erin S. Kern | 381 | Jacob J. Wheeler |
| 182 | Natasha Kiewra | 382 | Michael Lee White |
| 183 | Ratasha D. King-Bailey | 383 | Jessica Whittington |
| 184 | Mary Ann Kirk | 384 | Blain Wiese |
| 185 | Taylor James Knorr | 385 | Kareem Wilcott |
| 186 | Heather Konrad | 386 | Matthew Wilczenski |
| 187 | Tiffany Marie Lacy | 387 | Rickey Williams |
| 188 | Vitae Leann Lacy | 388 | Christopher Wilson |
| 189 | David Lamb | 389 | Jerrod Wilson |
| 190 | Jenny Lawrence | 390 | Marvin Lee Wilson |
| 191 | Christopher Shawn Lee | 391 | Wilbert G. Wilson |
| 192 | Robert Edward Lee | 392 | Marian Wolff |
| 193 | Ryan Lemp | 393 | Adam Woods |
| 194 | Ronald Wes Lewis | 394 | Amanda Worley |
| 195 | Julien Lips | 395 | Porsha Worsham |
| 196 | Adam Lipscomb | 396 | Taneika Wright |

| 197 | Jill Locklayer | 397 | John Young |
|---|---|---|---|
| 198 | Joel Loustalot | 398 | Audra June Zerby |
| 199 | George Michael Love | 399 | Jonathan Maxwell Zucker |
| 200 | Michtraviate Love | 400 | Derek Aaron Zukoski |

**SO ORDERED.**

Dated: November 6, 2025

*J. Philip Calabrese*
United States District Judge
Northern District of Ohio