# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | Case No. 1:24-md-3092 |
| | MDL No. 3092 |
| This Document Applies to All Cases | Hon. J. Philip Calabrese |

## DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE

On February 13, 2025, this Court entered Case Management Order No. 13 Collection of Records (ECF No. 194). The Order requires providers to produce records to requesting counsel within 30 days of receipt of an executed medical authorization and a copy of the Order. If providers do not comply with the Order, the Defendants may seek a hearing and entry of an Order to Show Cause as to why the providers should not be held in contempt or subjected to sanctions under Rule 37(b)(2)(A) for failure to comply with a discovery order.

Since the entry of Case Management Order No. 13, several providers have failed to comply with requests for medical and/or pharmacy records submitted by counsel. The requests were submitted in compliance with the Order. Specifically, the following providers have failed to comply with Case Management Order No. 13 by not providing medical and/or pharmacy records within thirty (30) days for the Plaintiffs listed on **Exhibit A** despite requesting counsel providing them with executed medical

1

authorizations and copies of Case Management Order No. 13:

- ACE Addiction Care of Excellence
- Addiction Telemed
- Advantage Medical Group
- Affordable Dentures
- Affordable Dentures & Implants
- Arizona Counseling & Consultation Services
- Arshad Javed, MD
- Artisan Smiles
- Aspen Dental Care
- Aspen Dental Pittsburgh PA - Robinson
- Avenues Internal Medicine
- Beacon Center
- Beckley Pharmacy
- Boyett Health Services, Inc.
- BrightView
- Brightview Batavia Addiction Treatment Center
- BrightView Fairfield Addiction Treatment Center
- Brightview Toledo Addiction Center
- Caribou Health Center
- Centerpointe Healthcare and Suboxone Clinic
- Charleston Comprehensive Treatment Center
- Chesapeake Healthcare Center
- Chester Discount Pharmacy
- Chichester Dental
- Churn Creek Healthcare
- CleanSlate Outpatient Addiction Medicine
- Clinic 5 Addiction Recovery Clinic
- Communikare Behavioral Health and Wellness Services
- CompDrug
- Cook County J Department of Corrections
- Crossroads Treatment Center
- CVS Pharmacy
- Dental Dreams – Blue Island
- Dental Group of Magee
- Denver Health Webb Center
- Diablo Valley Drug & Alcohol Services – Daniel Smeester, MD
- Eagleville Hospital
- East Jefferson Medical Clinic
- Firewheel Modern Dentistry and Orthodontics
- First Step Recovery Center
- Gateway

- Gentle Biodentistry
- Gentle Dental Ashland
- Giant Eagle Corporate Office
- Ideal Option
- James C. Volpe, DO
- James Stewart, MD
- Jamestowne Dental
- Jason Powers, MD
- Johanna Verburg, FNP
- John P. Athans, MD
- John W. Allen, MD
- Justin Steinkamp, MD
- Lawrence B. Kelly, MD
- Liberty Dental
- Lima Recovery Clinic
- Louis A. Yancich, DO
- MedMark Treatment Centers Morgantown
- Munish Lal, MD
- New Bremen Smiles
- New Perspectives at White Deer Run
- Northern Light AR Gould Hospital
- Northern Light Primary Care
- Nu Smile Family Dentistry
- Oaklawn Healthmart Pharmacy
- Orleans Community Health Albion Healthcare Center
- Outreach and Crisis Counseling
- Pain Management Clinic
- Parkview Physicians Group
- PCOM Healthcare
- PPG Family Medicine
- Premier Dental Care
- QuickMD App
- QuickMD LLC
- Ramesh Parchuri, MD
- Recovery Defined
- River East Dental Group
- Rocky Mountain Comprehensive Health
- San Gorgonio Memorial Hospital
- St Lukes Internal Medicine – Lifeline Road
- The Medicine Shoppe Pharmacy
- The Recovery Center
- The Serenity Center of Youngstown
- University of Louisville School of Dentistry

- Vital Smiles
- Walgreens Corporate Office
- Waynesville Pharmacy
- WCPA Treatment Center
- Wellbeing Institute
- Western Dental and Orthodontics
- Whitney Young Health
- Workit Health

The Defendants request that the Court enter an Order to Show Cause why each provider listed above should not be held in contempt or subject to other or additional sanctions under Rule 37(b)(2)(A) for failure to comply with Case Management Order No. 13 by not providing pharmacy records within 30 days to requesting counsel for the Plaintiffs listed on Exhibit A.

Dated: November 21, 2025

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By: /s/ Randall L. Christian
    Randall L. Christian

2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
Tel: (512) 874-3811
Fax: (512) 874-3801

Denise A. Dickerson
SUTTER O'CONNELL
3600 Erieview Tower
1301 East 9th Street
Cleveland, Ohio 44114
Tel: (216) 928-2200
Fax: (216) 928-4400
ddickerson@sutter-law.com

*Attorneys for Defendants Indivior Inc.,*

4

*Indivior Solutions Inc., and Aquestive Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

Per Appendix B, ¶ 14 of the Northern District of Ohio's Electronic Filing Policies and Procedures Manual, I hereby certify that on November 21, 2025, the foregoing *Defendants' Motion for Order to Show Cause* was electronically filed with the Clerk of Court using the CM/ECF system, and notice of this filing will be electronically transmitted to all counsel of record by operation of the Court's electronic filing system.

*/s/ Randall L. Christian*
Randall L. Christian