# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | Case No. 1:24-md-3092 |
| | MDL No. 3092 |
| This Document Applies to All Cases | Hon. J. Philip Calabrese |

## **DEFENDANTS' MOTION FOR ORDER OF CONTEMPT**

On February 13, 2025, this Court entered Case Management Order No. 13—Collection of Records (ECF No. 194). Pursuant to Section IV.C. of that Order, upon receipt of an executed medical authorization and copy of the Order from requesting counsel, an Entity must produce such records to requesting counsel or its designee listed in the authorization within 30 days—which is more than two weeks longer than the time for compliance typically provided under Rule 45 of the Federal Rules of Civil Procedure. Further, pursuant to Section V of that Order, failure to comply with any of the terms of the Order will result in an Order to Show Cause why the Entity should not be held in contempt or subjected to sanctions under Rule 37(b)(2)(A) for failure to comply with a discovery order.

Multiple providers of medical or other records for certain individual Plaintiffs in this multi-district litigation failed to provide records requested long ago and to

1

appear at a hearing held on November 20, 2025, notwithstanding the Court's Orders that they do so. The Court then ordered the Entities (non-responsive providers) to produce the relevant records for each individual Plaintiff at issue no later than December 11, 2025, or else the Court would entertain a motion for contempt pursuant to Rule 45(g). (ECF No. 565.) The Defendants have made reasonable efforts to serve these Entities. Two have not complied with the Court's prior orders including the following: Trending Upwards, regarding Plaintiff Christopher Muncy; and NuVitas Group regarding Plaintiff Kevin Russell.

The Defendants request that the Court enter a ruling that these providers are in Contempt for failure to comply with Case Management Order No. 13 and failure to comply with the Courts prior order in ECF No. 565, and to order that these providers provide the requested medical records no later than January 5, 2026.

Dated:  December 19, 2025          Respectfully submitted,

**BOWMAN AND BROOKE LLP**


By: */s/ Randall L. Christian*
    Randall L. Christian

2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
Tel: (512) 874-3811
Fax: (512) 874-3801
Randall.Christian@bowmanandbrooke.com

2

Denise A. Dickerson
SUTTER O'CONNELL
3600 Erieview Tower
1301 East 9th Street
Cleveland, Ohio 44114
Tel: (216) 928-2200
Fax: (216) 928-4400
ddickerson@sutter-law.com

*Attorneys for Defendants Indivior Inc., Indivior Solutions Inc., and Aquestive Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

Per Appendix B, ¶ 14 of the Northern District of Ohio's Electronic Filing Policies and Procedures Manual, I hereby certify that on December 19, 2025, the foregoing *Defendants' Motion for Order of Contempt* was electronically filed with the Clerk of Court using the CM/ECF system, and notice of this filing will be electronically transmitted to all counsel of record by operation of the Court's electronic filing system.

*/s/ Randall L. Christian*
Randall L. Christian