UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) Case No. 1:24-md-3092 ) ) MDL No. 3092 ) |
| This Document Applies to All Cases | ) ) ) Hon. J. Philip Calabrese |

**DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE**

On February 13, 2025, this Court entered Case Management Order No. 13 Collection of Records (ECF No. 194). The Order requires providers to produce records to requesting counsel within 30 days of receipt of an executed medical authorization and a copy of the Order. If providers do not comply with the Order, the Defendants may seek a hearing and entry of an Order to Show Cause as to why the providers should not be held in contempt or subjected to sanctions under Rule 37(b)(2)(A) for failure to comply with a discovery order.

Since the entry of Case Management Order No. 13, several providers have failed to comply with requests for medical and/or pharmacy records submitted by counsel. The requests were submitted in compliance with the Order. Specifically, the following providers have failed to comply with Case Management Order No. 13 by not providing medical and/or pharmacy records within thirty (30) days for the Plaintiffs listed on **Exhibit A** despite requesting counsel providing them with executed medical

authorizations and copies of Case Management Order No. 13:

- Addiction Medicine Specialists
- Albertsons Safeway Pharmacy Corporate Office
- Bypass Pharmacy
- Center for Dependency, Addiction and Rehabilitation
- Charleston Comprehensive Treatment Center
- Cobb Street Pharmacy
- Darryl Gross, MD
- David Leshock, DDS
- Family Dental Care of Gainesville
- Geisinger Bloomsburg Hospital Addiction Medicine
- Giant Eagle Pharmacy Corporate Office
- Hegira Health
- Jefferson Headache & Spine
- Kimberlynn R. Richards, MD
- Magnolia Networks
- Richard Gabel, MD
- Scott A. Mayerberger, MD PC
- Sion Nobel, MD
- Spero Health
- Symetria Recovery Lakeview
- The Care Center Medical Solutions
- Thrive Wellness and Recovery
- Tower Health
- William Santoro, MD

The Defendants request that the Court enter an Order to Show Cause why each provider listed above should not be held in contempt or subject to other or additional sanctions under Rule 37(b)(2)(A) for failure to comply with Case Management Order No. 13 by not providing records within 30 days to requesting counsel for the Plaintiffs listed on Exhibit A.

Dated:  January 23, 2026

Respectfully submitted,

**BOWMAN AND BROOKE LLP**


By: */s/ Randall L. Christian*
     Randall L. Christian

2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
Tel: (512) 874-3811
Fax: (512) 874-3801
Randall.Christian@bowmanandbrooke.com

Denise A. Dickerson
SUTTER O'CONNELL
55 Public Square
Suite 1950
Cleveland, Ohio 44113
Tel: (216) 928-2200
Fax: (216) 928-4400
ddickerson@sutter-law.com

*Attorneys for Defendants Indivior Inc., Indivior Solutions Inc., and Aquestive Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

Per Appendix B, ¶ 14 of the Northern District of Ohio's Electronic Filing Policies and Procedures Manual, I hereby certify that on January 23, 2026, the foregoing *Defendants' Motion for Order to Show Cause* was electronically filed with the Clerk of Court using the CM/ECF system, and notice of this filing will be electronically transmitted to all counsel of record by operation of the Court's electronic filing system.

                                         */s/ Randall L. Christian*
                                         Randall L. Christian