# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 1:24-md-03092<br><br>MDL No. 3092 |
| This Document Relates to the Following Schedule A Plaintiffs: | ) ) ) | Judge J. Philip Calabrese |
| Robert Conklin<br>James Fogg<br>Gregory Glidden<br>John Haley<br>Anthony Langella<br>Corey Nagle<br>Jeffrey Raymond<br>Joseph Walton | ) ) ) ) ) ) ) ) ) | |
| And | ) ) | |
| The Following Plaintiff with a Filed Case: | ) ) ) | |
| Stephanie Holmes (1:24-sf-65345) | ) ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Above-named Plaintiffs, by and through counsel, respectfully submits this response to the Court's Order to Show Cause regarding the failure to timely serve and proof of use and injury.

Plaintiff's counsel acknowledges that the deficiencies were not responded to within the allotted 30-day period. Undersigned counsel has made numerous good-faith attempts to contact these Plaintiffs to obtain the necessary documentation –

both prior to and following the Court's Order. These efforts include multiple phone attempts, email, and written correspondence over a sustained period of time.

This response is not intended to oppose dismissal should the Court determine that such relief is warranted. Rather, it is submitted to ensure that the record reflects that counsel has taken all reasonable steps to comply with the Court's Order and has remained actively engaged in attempting to fulfill Plaintiff's obligations to provide the necessary documents outlined in Case Management Order No. 12.

Dated: January 27, 2026

*/s/Matthew Dolman*
Matthew Dolman
FL Bar No. 729221
**DOLMAN RUSSO LLP.**
1001 West Yamato Road Suite 106
Boca Raton, FL 33431
(561) 270-0913

*Attorney for Plaintiff*