## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE SUBOXONE | ) | Case No. 1:24-md-3092 |
| (BUPRENORPHINE/NALOXONE) | ) | |
| FILM PRODUCTS LIABILITY | ) | MDL No. 3092 |
| LITIGATION | ) | |
| | ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) | |
| | ) | |

## ORDER

On November 21, 2025, Defendants informed the Court that certain providers failed to comply with requests for medical, dental, and/or pharmacy records by counsel in this litigation that were submitted in compliance with Case Management Order No. 13. (ECF No. 569.) Specifically, the providers are in non-compliance with the Court's Order by failing to provide medical, dental, and/or pharmacy records within thirty (30) days to requesting counsel, even though requesting counsel provided them with executed medical authorizations and copies of Case Management Order No. 13. On December 12, 2025, Defendants provided the Court with an updated list of non-compliant providers. (ECF No. 581.)

On December 16, 2025, the Court entered an Order that each provider show cause why it should not be held in contempt or subjected to other or additional sanctions for their failure to comply. (ECF No. 583.) Further, the Court scheduled an in-person hearing for January 21, 2026. (*Id.*) On January 16, 2026, Defendants provided the Court with an updated list of non-compliant providers. (ECF No. 610.) And on January

1

20, 2026, Defendants provided the Court with an amended list of non-compliant providers.  (ECF No. 611.)

At the hearing, no one appeared on behalf of any of the providers who were subject to the Court's Order to Show Cause.  Further, counsel informed the Court that several other providers had complied or might not have received notice of the Order and are no longer subject to the Court's Order to Show Cause.  Defense counsel provided an overview of her efforts to obtain records from the other non-compliant providers, detailing multiple attempts at contact to obtain the records.  Still, as of the date of the hearing, no provider listed had supplied the requested records, given any date by which it might provide them, or otherwise responded to counsel.  (ECF No. 583-1.) Nor had any party initiated an action pursuant to Rule 45(f).  Therefore, the Court ordered providers listed on Exhibit A to produce records for their associated Plaintiffs no later than February 11, 2026.  (ECF No. 583; ECF No. 583-1.)

On February 13, 2026, Defendants advised the Court that multiple providers appropriately responded to their requests for records.  (ECF No. 634.)  Therefore, the Court withdraws the Order as to these providers.  The Order remains in effect for the providers listed on the Notice docketed at ECF No. 634, PageID #10612–13.

**SO ORDERED.**

Dated:  February 17, 2026

_____
     J. Philip Calabrese
     United States District Judge
     Northern District of Ohio