**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE SUBOXONE ) | Case No. 1:24-md-03092 |
| (BUPRENORPHINE/NALOXONE) ) | |
| FILM PRODUCTS LIABILITY ) | MDL No. 3092 |
| LITIGATION ) | |
| ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases ) | |
| ) | |

**ORDER**

On February 13, 2025, this Court entered Case Management Order No. 13—

Collection of Records.  (ECF No. 194.)  Pursuant to Section IV.C. of that Order, upon

receipt of an executed medical authorization and copy of the Order from requesting

counsel, an Entity must produce such records to requesting counsel or its designee

listed in the authorization within 30 days.  Further, pursuant to Section V of that

Order, failure to comply with any of the terms of the Order will result in an Order to

Show Cause why the Entity should not be held in contempt or subjected to sanctions

under Rule 37(b)(2)(A) for failure to comply with a discovery order.  Since entry of

Case Management Order No. 13, the parties in this MDL have used this procedure to

collect thousands of pages of medical records from hundreds (or more) providers

around the country, largely without incident and without the need for the Court's

direct oversight and involvement in that process.

On December 16, 2025, the Court entered an Order that each provider listed

below show cause why it should not be held in contempt or subjected to other or

additional sanctions for their failure to comply.  (ECF No. 583.)  Further, the Court

scheduled an in-person hearing for January 21, 2026. (*Id.*) At the hearing, no one appeared on behalf of any of the providers who were subject to the Court's Order to Show Cause. (ECF No. 617, PageID #10460.) The Court ordered the providers to produce the relevant records for their associated Plaintiffs no later than February 11, 2026. (*Id.*, PageID #10461.) Further, the Court stated that it would entertain a motion for contempt pursuant to Rule 45(g) should any provider fail to comply by that date. (*Id.*)

On March 20, 2026, Defendants informed that Court that, despite their reasonable efforts to obtain records from certain entities, the following providers have not complied with the Court's prior orders:

| Last Name | First Name | Entity Name | Status of Service of SCO 617 and/or Records Received |
| --- | --- | --- | --- |
| Carpenter | Scott | Ramesh Parchuri, MD | SCO delivered 2/2/2026; Records not received |
| Demolet | Timothy | Eastport Family Pharmacy | SCO delivered 2/5/2026; Records not received |
| DiPascale | Danny | Fotios A. Skordas, DDS | SCO delivered 2/9/2026; Records not received |
| Hood | Roy | Tom Waddell Urban Health Center | SCO delivered 2/2/2026; Records not received |
| Hughes | Jonathan | James Stewart MD | SCO delivered 2/9/2026; Records not received |
| Knorr | Taylor | John W. Allen MD | SCO delivered 2/2/2026; Records not received |
| McMullen | Christopher | Shore Snyder Dental Center | SCO delivered 2/2/2026; Records not received |

| Last Name | First Name | Entity Name | Status of Service of SCO 617 and/or Records Received |
|---|---|---|---|
| Medlin | Rachel | Western Dental & Orthodontics | SCO returned "Unclaimed;" Records not received |
| Norris | Carol | Redwood Dental | SCO delivered 2/3/2026; Records not received |
| Oatley | Ronald | Charles Street Dental | SCO delivered 2/2/2026; Records not received |
| Rivera | Hector | Super Care Pharmacy | SCO delivered 2/3/2026; Records not received |
| Rose | Phaedra | Affordable Dentures & Implants | SCO delivered 2/2/2026; Records not received |
| Candler | Brayn | Sparkle City Dental & Orthodontics | SCO forwarded to new facility address – in transit; Records not received |
| Ducko | Richard | PCOM Healthcare | SCO is in transit; Records not received |
| Gavello | Austin | Diablo Valley Drug & Alcohol Services Daniel Smeester, MD | SCO is in transit; Records not received |
| Lacy | Vitae | Pain Management Clinic | SCO service unsuccessful – returned to sender; Records not received |
| Mazzola | Sam | Scott Jaffee, MD | SCO returned "Unclaimed;" Records not received |
| Medlin | Rachel | Melrose Recovery LLC | SCO returned "Unclaimed;" Records not received |

(ECF No. 660.)

3

Defendants request that the Court hold these providers in contempt for failure to comply with Case Management Order No. 13 and the Court's prior orders and order them to provide the requested medical records by February 11, 2026.  (*Id.*)

The Court **SCHEDULES** a contempt hearing for April 22, 2026 at 11:00 a.m. eastern in Courtroom 16B, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio.  The Court **ORDERS** the custodian or another representative of each Entity with knowledge of its responses to the requests for records for their associated Plaintiffs to appear, to explain their failure to comply with Case Management Order No. 13, to identify the steps being taken to provide the records requested expeditiously, and to explain why each provider should not be held in contempt or subjected to other or additional sanctions under Rule 37(b)(2)(A). Representatives of each Entity must file any response no later than January 19, 2026. Further, the Court **ORDERS** the Entities to provide the requested medical records by April 8, 2026.

The Court **ORDERS** requesting counsel to serve this Order on the custodians, representatives, or personnel of each Entity with whom he or she has been dealing and to certify service.

**SO ORDERED.**

4

Dated:  March 25, 2026

_____
    J. Philip Calabrese
    United States District Judge
    Northern District of Ohio