**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE | ) | Case No. 1:24-md-3092 |
| (BUPRENORPHINE/NALOXONE) | ) | |
| FILM PRODUCTS LIABILITY | ) | MDL No. 3092 |
| LITIGATION | ) | |
| | ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) | |
| | ) | |

## ORDER IDENTIFYING CORE DISCOVERY POOL

The following individuals for whom Defendants have designated records collection as substantially complete, who have completed a Plaintiff Fact Sheet, and whose counsel have confirmed availability for case-specific discovery and trial have been selected for the Core Discovery Pool pursuant to Case Management Order No. 15 (ECF No. 668), as amended at the July 1 case-management conference:

| Random Selections | |
|---|---|
| Gerard Blasich | George Harbison |
| Kaisharyea Butler | Chad Hartley |
| Scott Carpenter | Billy Joe Hensley |
| Levi Cornett | Tiffany Marie Lacy |
| Zachary James Crabtree | William McCarty |
| Kenneth Michael Crouser | Jami Mercer |
| David F. Crow | Brooke Mitchell |
| Dylan Fedukovich | Aaron M. Ordway |
| Mary Gigilio-Greenway | Danielle Cynthia Sammartino |
| James Lewis Hamlin | Melany Nikol Shulman |

Per ECF No. 668 at PageID #11129, § V.A, Defendants will notice and question first in depositions of providers in Blasich, Butler, Carpenter, Crow, Hamlin, Harbison,

Lacy, McCarty, Mercer, and Sammartino.  Plaintiffs will notice and question first in depositions of providers in Cornett, Crabtree, Crouser, Fedukovich, Gigilio-Greenway, Hartley, Hensley, Mitchell, Ordway, and Shulman.

| Defense Selections | PLC Selections |
| --- | --- |
| Joshua Troy Adams | John Brezden |
| Timothy Ronald Bladel | Benjamin Guyon |
| Laurene Blalock | Robert Matthew Payne |
| Annamarie Caballero | Yvonne Quintana |
| Jeremiah Marsh | Kayla Russo |
| Shannon Merritt | Justin Ruiz |
| Todd Keith Moyer | Jessica Whittington |
| Brittany Dawn Spears | |

The party selecting the plaintiff for the Core Discovery Pool will notice and question providers first in those cases.

**SO ORDERED.**

Dated:  July 8, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio