**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Cases | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-md-03092-JPC<br><br>MDL 3092<br><br>Judge J. Philip Calabrese |

**JOINT AGENDA FOR SEPTEMBER 21, 2026 CASE-MANAGEMENT CONFERENCE**

Counsel have conferred and respectfully propose the following topics for discussion at the upcoming virtual conference:

1. Plaintiff-centered Discovery
   a. PLC's status report on Census Rounds 1 and 2
   b. General update on CDP progress
2. Defendant-centered Discovery
   a. Timing of Defendants' production of prior litigation testimony and exhibits
   b. Company employee deposition questions about compensation
3. Defendant Indivior Inc.'s announced merger
4. Third-party Discovery
   a. Update on prior Show Cause Orders

Dated: September 17, 2026

Respectfully submitted,

/s/ *Ashlie Case Sletvold*
Ashlie Case Sletvold
PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
(216) 589-9280
asletvold@peifferwolf.com

/s/ *Erin Copeland*
Erin Copeland
FIBICH, LEEBRON, COPELAND
& BRIGGS
1150 Bissonnet Street
Houston, Texas 77005
(713) 424-4682
ecopeland@fibichlaw.com

/s/ *Timothy J. Becker*
Timothy J. Becker
JOHNSON // BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800
tbecker@johnsonbecker.com

/s/ *Trent B. Miracle*
Trent B. Miracle
FLINT COOPER LLC
222 East Park Street, #500
Edwardsville, Illinois 62025
(618) 288-4777
tmiracle@flintcooper.com

/s/ *Alyson Steele Beridon*
Alyson Steele Beridon
HERZFELD, SUETHOLZ, GASTEL,
LENISKI, & WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224
alyson@hsglawgroup.com

*Plaintiffs' Co-Lead & Liaison Counsel*

/s/ *Randall L. Christian*
Randall L. Christian
BOWMAN AND BROOKE LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
(512) 874-3811
Randall.Christian@bowmanandbrooke.com

/s/ *Denise A. Dickerson*
Denise A. Dickerson
SUTTER & O'CONNELL
3600 Erieview Tower
1301 East Ninth Street
Cleveland, Ohio 44114
(216) 928-2200
ddickerson@sutter-law.com

*Attorneys for Defendants Indivior Inc., Indivior Solutions Inc., and Aquestive Therapeutics, Inc.*