**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Cases | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-md-03092-JPC<br><br>MDL 3092<br><br>Judge J. Philip Calabrese |

## PLC's Report On Status of Schedule A and Census Round 2

Per ECF No. 183, the PLC submits this report regarding the status of Schedule A since its report on August 14, 2026. (ECF No. 810)

A Revised Schedule A is attached as Exhibit 1.[1] Exhibit 2 lists the one Schedule A Plaintiffs who, per their counsel's responses in Crosslink, has consented to removal from Schedule A. Exhibit 3 lists the 18 Schedule A Plaintiffs whose claims were dismissed in ECF No. 826. These updates bring the total number of Schedule A Plaintiffs from 4,834 to 4,814.

There was one notice of suggestion of death for a Schedule A Plaintiff submitted through the Crosslink platform per the protocol approved by the Court. (ECF No. 649.) That list is attached as Exhibit 4.

For Census Round 2, as of the close of business yesterday, 20,306 have been served to defense. Those include 16,061 falling under CMO No. 20 § II.A (June 1 deadline) and 3,345 falling under CMO No. 20 § II.B (60-day deadline) submissions.

[1] The native Excel files of the exhibits to this report will be emailed to chambers and to defense counsel today.

Dated: September 17, 2026

Respectfully submitted,

/s/ *Ashlie Case Sletvold*
Ashlie Case Sletvold
PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
(216) 589-9280
asletvold@peifferwolf.com

/s/ *Trent B. Miracle*
Trent B. Miracle
FLINT COOPER THOMPSON
COHN & MIRACLE, LLC
222 East Park Street, #500
Edwardsville, Illinois 62025
(618) 288-4777
tmiracle@flintcooper.com

/s/ *Erin Copeland*
Erin Copeland
FIBICH, LEEBRON, COPELAND
& BRIGGS
1150 Bissonnet Street
Houston, Texas 77005
(713) 424-4682
ecopeland@fibichlaw.com

/s/ *Timothy J. Becker*
Timothy J. Becker
JOHNSON // BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800
tbecker@johnsonbecker.com

*Plaintiffs' Co-Lead Counsel*

/s/ *Alyson Steele Beridon*
Alyson Steele Beridon
HERZFELD, SUETHOLZ, GASTEL,
LENISKI, & WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224
alyson@hsglawgroup.com

*Plaintiffs' Liaison Counsel*