**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) | Case No. 1:24-md-03092 |
| | ) | MDL No. 3092 |
| | ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) | |

**AMENDED ORDER**

In this Order, the Court addresses Plaintiffs' submissions and Defendants' responses to the Court's Show Cause Order (ECF No. 818) for Plaintiffs who filed their cases between October 8, 2024 and September 30, 2025 but failed timely to submit a census form as Case Management Order No. 20 requires. For each Plaintiff's submission, the Court either (1) dismisses the Plaintiff's claims with or without prejudice pursuant to Case Management Order 20 or (2) allows Plaintiff's claim to continue based on a showing of good cause.

Additionally, the Court **EXEMPTS** exempt certain Plaintiffs from the Show Cause Order pursuant to the jointly proposed stipulation (ECF No. 833) and **DISMISSES** the claims of Plaintiffs who did not respond to the Court's Show Cause Order. (ECF No. 841.)

**PROCEDURAL BACKGROUND**

On October 8, 2025, the Court issued Case Management Order No. 20, which requires Plaintiffs with cases filed after October 7, 2024 to submit census forms, authorizations, and proof of use and proof of injury. (ECF No. 520.) For cases filed

between October 8, 2024 and September 30, 2025, Section II.A provides that Plaintiffs' census forms and medical authorizations were due on or before June 1, 2026. (*Id.*, PageID #8789.)

Section IV of Case Management Order No. 20 adopted Section II.E. of Case Management Order No. 12, which requires Plaintiffs, "contemporaneous with serving the Census Form and executed authorizations," to "upload records establishing (1) proof of use of brand-name Suboxone Film, and (2) proof of dental injury post-dating the use of Suboxone Film." (*Id.*, PageID #8790 (citing ECF No. 158, PageID #4040).) This framework provided Plaintiffs with at least 244 days and up to 601 days after the filing of their case to provide their census forms, authorizations, and proof of use and injury.

Further, Section IV of Case Management Order No. 20 adopted Section II.G. of Case Management Order No. 12, which provides that "Plaintiffs who cannot substantiate injury or product identification within the applicable deadline will be dismissed with prejudice." (*Id.*, PageID #870 (citing ECF No. 158, PageID #4042).)

A number of Plaintiffs failed to complete the census as the Court's Orders require. (ECF No. 768; ECF No. 814.) On August 21, 2026, the Court entered a Show Cause Order requiring certain Plaintiffs to show cause by September 4, 2026 why they did not comply with Case Management Order No. 20. (ECF No. 818.) To show cause, a Plaintiff was required to (1) submit the completed census form using Crosslink and (2) file a memorandum demonstrating good cause why the census was not timely submitted. (*Id.*) Defendants had seven days to respond to any submission.

On September 2, the parties filed a joint stipulation to exempt certain Plaintiffs from the Show Cause Order. (ECF No. 831.) On September 4, 2026, the parties amended this stipulation to provide the Court with an updated list. (ECF No. 833.) On September 17, 2026, Defendants filed a list of Plaintiffs who were subject to the Show Cause Order but did not respond to it before the deadline. (ECF No. 841.)

**ANALYSIS**

In the context of Rule 16 of the Federal Rules of Civil Procedure, the Sixth Circuit notes that "[t]he primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002) (citations omitted). "Another relevant consideration is possible prejudice to the party opposing the modification." *Id.* (citation omitted). "[C]arelessness is not compatible with a finding of diligence and offers no reason for a grant of relief." *E.E.O.C. v. Honda of America Mfg., Inc.*, No. 2:06-cv-0233, 2007 WL 1024426, at *1 (S.D. Ohio Mar. 29, 2007) (citation omitted). "It is well settled that the good-cause determination is left to the Court's sound discretion, and [the plaintiff] bears the burden to establish good cause." *Wise v. Department of Def.*, 196 F.R.D. 52, 54 (S.D. Ohio 1999) (citing *Habib v. General Motors Corp.*, 15 F.3d 72, 74 (6th Cir. 1994) (evaluating good cause in the context of Rule 4)).

The Court has reviewed the submissions of 257 Plaintiffs, as well as Defendants' responses. Generally, Plaintiffs' submissions fall into two categories. In

the first, there are what the Court determines are legitimate excuses for a lack of diligence. These circumstances include serious health issues, significant injuries, incarceration, caring for ill family members, recent deaths in the family, an unexpected change in address, financial difficulties, dual representation of firms in this MDL (leading to unintended confusion), and homelessness. In all cases, this category requires sufficient supporting details, as opposed to a general unsupported or conclusory assertion. Such circumstances may establish good cause for failure to comply with deadlines, so long as a plaintiff nonetheless acted diligently. *See, e.g.*, *Wise*, 196 F.R.D. at 54 (citing *Habib*, 15 F.3d at 74) (acknowledging that good cause in the context of Rule 4 "may be found when a plaintiff experiences a sudden and debilitating illness").

Into the second category fall what the Court finds to be excuses for a lack of diligence that lack merit. These circumstances include issues regarding email or phone service, failure to inform counsel of a change in contact information, lack of communication with counsel, lack of understanding of deadlines and obligations, miscommunications or misunderstandings, demanding work hours, and vague or unspecified personal or health issues. These types of circumstances do not establish good cause for failure to comply with the Court-ordered deadlines because they demonstrate that Plaintiffs did not act diligently and were not excused from doing so. *See, e.g.*, *Pyfrom v. ContactUS, LLC*, No. 2:21-cv-4293, 2023 WL 32843, at *4 (S.D. Ohio Jan. 4, 2023) (determining that good cause existed for an untimely filing in part because the party exhibited "diligence in checking her mail for legal-related

mailings”); *Napper v. Health Care Logistics*, 2:24-cv-14, 2024 WL 126383, at *1 (S.D. Ohio Jan. 11, 2024) (cautioning the plaintiff that “failure to update his email address and monitor his email account (including his ‘junk mail’ or spam folder) for court filings may result in the Court’s dismissal of the action”); *Stoddard v. Wainwright*, No. 5:20-cv-754, 2022 WL 3567372, at *19 (N.D. Ohio July 20, 2022) (acknowledging that issues with computer access do not establish good cause to excuse untimely filings); *Bearup v. Cintas Corp.*, No. 1:21-cv-151, 2025 WL 887692, at *3 (S.D. Ohio Mar. 21, 2025) (determining that it was unreasonable in the context of excusable neglect for the plaintiff not to apprise counsel of her new contact information during a show cause order); *Thul v. Haaland*, No. 22-5440, 2023 WL 6470733, at *3 (6th Cir. Mar. 1, 2023) (determining that the plaintiff’s misunderstanding of the law “did not constitute good cause”).

## I. Plaintiffs’ Submissions

### I.A. Continued Failure to Communicate with Counsel

In several submissions, counsel represents that they remain unable to contact their clients despite diligent efforts to do so. In most cases, counsel for these Plaintiffs do not oppose dismissal. Failure of communication with counsel demonstrates a lack of diligence. Therefore, the Court **DISMISSES WITH PREJUDICE** the claims of the following Plaintiffs:

| Case No. | Name |
|---|---|
| 25-sf-65231 | Lisa Lucci |
| 25-sf-65479 | Nicholas Serio-Troy |

| | |
|---|---|
| 25-sf-65495 | April Pond |
| 25-sf-65498 | Natasha Boyea |
| 25-sf-65501 | Sydney Boyer |
| 25-sf-65543 | Nichole Messmer |
| 25-sf-65562 | Cory Camara |
| 25-sf-65592 | Lisa Marie Fisher |
| 25-sf-65593 | Brandi Bradley |
| 25-sf-65594 | Tracy Griffin |
| 25-sf-65602 | Robert Verville |
| 25-sf-65628 | Pedro Perez |
| 25-sf-65645 | Michael Harlan |
| 25-sf-65651 | Joanna Fernandez |
| 25-sf-65657 | James Hoffman |
| 25-sf-65670 | Raymond Embree |
| 25-sf-65673 | Tyler Veary |
| 25-sf-65677 | Dustin Odom |
| 25-sf-65707 | Jamie Williams-Lampman |
| 25-sf-65711 | Milo Salters |
| 25-sf-65778 | Stansberry Bea |
| 25-sf-65778 | Ronette James Brown |
| 25-sf-65778 | Yolanda A Brown |

| | |
|---|---|
| 25-sf-65778 | Kimberly Ann Burch |
| 25-sf-65778 | Allan Andrew Carpenter |
| 25-sf-65778 | Joanne M Chapman |
| 25-sf-65778 | Joseph Chavis |
| 25-sf-65778 | Jesse D Dom |
| 25-sf-65778 | Russell B Hartman |
| 25-sf-65778 | James Ernest Lorber |
| 25-sf-65778 | Ashley McGriff |
| 25-sf-65778 | Heather L Mitchell |
| 25-sf-65778 | Amy L Schadt |
| 25-sf-65778 | Robert Karl Swanson |
| 25-sf-65778 | Shirley Maria Vincent |
| 25-sf-65778 | Brandy M White |
| 25-sf-65778 | Jason Jean White |
| 25-sf-65778 | Jamie Ann Williamson |
| 25-sf-65779 | Shawn Adler |
| 25-sf-65779 | Crysta Amy Lynn Cooke |
| 25-sf-65779 | Shantia M Fry |
| 25-sf-65779 | Kelley J Hunter |
| 25-sf-65779 | Barbara Jean Palmer |
| 25-sf-65779 | Tara J Reilly |

| | |
|---|---|
| 25-sf-65779 | Christina L Rivas |
| 25-sf-65779 | Steven C Vert Jr |
| 25-sf-65785 | Bridget Andrea Clover |
| 25-sf-65785 | Brianna C Garner |
| 25-sf-65785 | Brittany L Hankins |
| 25-sf-65785 | Tori D Hull |
| 25-sf-65785 | Gino E Lopez |
| 25-sf-65785 | Robert M Martinez |
| 25-sf-65785 | Christine Andrea Padilla |
| 25-sf-65785 | Joey Isacc Rodriguez |
| 25-sf-65785 | Jesus M Silva |
| 25-sf-65785 | Ashley Widner |
| 25-sf-65785 | Lezlee M Zamora |
| 25-sf-65788 | Johnnie Burton |
| 25-sf-65788 | Alisha Dunn |
| 25-sf-65788 | Matthew Farrell |
| 25-sf-65788 | Robbie Frost |
| 25-sf-65788 | Kristie Lay |
| 25-sf-65788 | Malcolm Logan |
| 25-sf-65788 | Jordan Montgomery |
| 25-sf-65788 | Ashley Silva |

| | |
|---|---|
| 25-sf-65788 | Jeffery Sparks |
| 25-sf-65788 | John Sutton |
| 25-sf-65788 | Zachary Tetreault |
| 25-sf-65798 | Kellie J Barnello |
| 25-sf-65798 | Salvatore F Bauer |
| 25-sf-65798 | Matthew A Beckman |
| 25-sf-65798 | Anthony Michael Buoncora |
| 25-sf-65798 | Craig Michael Cooney |
| 25-sf-65798 | Patrick Garrett Cotter |
| 25-sf-65798 | Sara Jean De Groot |
| 25-sf-65798 | Debra J Deangelo |
| 25-sf-65798 | Scott B Dunbar |
| 25-sf-65798 | Dorothy A Fanelli |
| 25-sf-65798 | Erica T Fredette |
| 25-sf-65798 | Kelley M Gadra |
| 25-sf-65799 | Ltanya Graham |
| 25-sf-65799 | Daniel Hartman |
| 25-sf-65799 | Eric V Hoffman |
| 25-sf-65799 | Ryan P Hyland |
| 25-sf-65799 | Ashley Anne Jarrett |
| 25-sf-65799 | Steven Kent |

| | |
|---|---|
| 25-sf-65799 | Jessica Renee Knapp |
| 25-sf-65799 | Moriah L Korba-Rezek |
| 25-sf-65799 | James Kotrys |
| 25-sf-65799 | Christopher E Kumro |
| 25-sf-65799 | Thomas Lamphear |
| 25-sf-65799 | Bobbiejo J Larock |
| 25-sf-65799 | Chelsie Maranda Latour |
| 25-sf-65799 | Michelle Ann Mapps |
| 25-sf-65799 | Angel Melendez |
| 25-sf-65799 | Miguel Angel Melendez |
| 25-sf-65799 | Evan Nestor Munoz |
| 25-sf-65799 | Steven J Munz |
| 25-sf-65799 | Peter Lawrence Murray |
| 25-sf-65801 | Lindsay B Parker |
| 25-sf-65801 | George Alan Patricio |
| 25-sf-65801 | Kevin John Ranck Jr |
| 25-sf-65801 | Carmen D Rivera |
| 25-sf-65801 | Jose A. Rivera |
| 25-sf-65801 | Michael E Rivera |
| 25-sf-65801 | Nicholas C Rovou |
| 25-sf-65801 | Michael T Schafer |

| | |
|---|---|
| 25-sf-65801 | Zachary P Schultz |
| 25-sf-65801 | Luke G Sheldon |
| 25-sf-65801 | Sheila Sluder |
| 25-sf-65801 | Richard Anthony Spinelli |
| 25-sf-65801 | Tina Spinner |
| 25-sf-65801 | Cherylanne Stiles |
| 25-sf-65801 | Tommy Thompson |
| 25-sf-65801 | Amaury Villalobos |
| 25-sf-65801 | Lawrence Washburn |
| 25-sf-65801 | Morgan R Webster |
| 25-sf-65801 | Joshua Lee Williams |
| 25-sf-65813 | Nathan Paul Adamski |
| 25-sf-65813 | Ashley Elizabeth Harackiewicz |
| 25-sf-65813 | Ronnie L Klemoff |
| 25-sf-65813 | Christopher Monsini |
| 25-sf-65813 | Kayla M Narbonne |
| 25-sf-65835 | Izak Venuti |
| 25-sf-65849 | Jennifer M Martineau |
| 25-sf-65849 | Timothy L Means |
| 25-sf-65849 | Daniel Joseph Bertoni |
| 25-sf-65849 | Jordan S Brady |

| | |
|---|---|
| 25-sf-65849 | Casimer S Kolakowski |
| 25-sf-65849 | Sarah E Maher |
| 25-sf-65849 | Arianna A Nunes |
| 25-sf-65849 | Michelle Lynn Peterson |
| 25-sf-65849 | Richard A Pratt |
| 25-sf-65849 | Jessica Ward |
| 25-sf-65850 | Damien J Elkins |
| 25-sf-65850 | Natalie E Fine |
| 25-sf-65850 | Aaron Grimm |
| 25-sf-65850 | James Harris |
| 25-sf-65850 | Alexander John R Keffer |
| 25-sf-65850 | George Herbert Stoops |
| 25-sf-65850 | William John Struthers |
| 25-sf-65850 | Daniel Svege |
| 25-sf-65850 | Lisa Taylor |
| 25-sf-65851 | Johnny Alcantara |
| 25-sf-65851 | Paige Aldridge |
| 25-sf-65851 | Carolyn Amell |
| 25-sf-65851 | Brian M Angove |
| 25-sf-65851 | Robert L Arbelius |
| 25-sf-65851 | David Michael Barski |

| | |
|---|---|
| 25-sf-65851 | James R Bergeron |
| 25-sf-65851 | Taylor Martin Bessette |
| 25-sf-65851 | Jayme Benjamin Bezan |
| 25-sf-65851 | Kendra L Blackler |
| 25-sf-65851 | Angelina L Bracero |
| 25-sf-65851 | Nicole Patricia Er Brunner |
| 25-sf-65851 | Amanda Burke |
| 25-sf-65861 | Jamie Callahan-Collins |
| 25-sf-65861 | Justin S Carlon |
| 25-sf-65861 | Robert A Casaletto |
| 25-sf-65861 | Corey Mitchell Cassell |
| 25-sf-65861 | Antonio Bello Catalano |
| 25-sf-65861 | Brandon Michael Cauley |
| 25-sf-65861 | Lesa Michelle Cayson |
| 25-sf-65861 | Megan Murphy Ciambruschini |
| 25-sf-65861 | Christopher Jame Claudio |
| 25-sf-65861 | Ricky S Coplien |
| 25-sf-65861 | Dean Matthew Cullinane |
| 25-sf-65861 | Bridget P DeGreenia |
| 25-sf-65861 | Veronica A Donnelly |
| 25-sf-65861 | Dawn Y Zulkoski |

| | |
|---|---|
| 25-sf-65871 | Michael W Felix |
| 25-sf-65871 | Joshua S Fortine |
| 25-sf-65871 | Kevin T Frasier |
| 25-sf-65871 | Talon A Gagne |
| 25-sf-65871 | Raymond Gibson |
| 25-sf-65871 | Daniel David Golner |
| 25-sf-65871 | Matthew Goodchild |
| 25-sf-65871 | Cynthia Hankins |
| 25-sf-65872 | Andrew J. Horsman |
| 25-sf-65872 | William Daniel Hussey |
| 25-sf-65872 | Tracey L Kinsman |
| 25-sf-65872 | Matthew Elias Lansdell |
| 25-sf-65872 | Tabitha W Lee |
| 25-sf-65872 | Freddie Darnell Lewis |
| 25-sf-65872 | Gregory Jason Los |
| 25-sf-65872 | Michael A Luciano |
| 25-sf-65872 | Ashley Lydia Lulloff |
| 25-sf-65888 | Jessica K Mahan |
| 25-sf-65888 | Robert C Martone |
| 25-sf-65888 | Kevin Michael Mazur |
| 25-sf-65888 | Alicia McGuire |

| | |
|---|---|
| 25-sf-65888 | Keith Mcleod |
| 25-sf-65888 | Krystal L Medeiros |
| 25-sf-65888 | Brian Melkus |
| 25-sf-65888 | Tanya Lynn Miranda |
| 25-sf-65888 | James Michael Montgomery |
| 25-sf-65888 | Patrick D Neumeyer |
| 25-sf-65888 | Scott M Newman |
| 25-sf-65888 | Matthew J Nicolosi |
| 25-sf-65888 | Stephanie L Nieves |
| 25-sf-65888 | Courtney Janice Nisenbaum |
| 25-sf-65888 | Travis William Titus |
| 25-sf-65899 | Elizabeth Mical Oostra |
| 25-sf-65899 | Emily A Osherson - Mcph |
| 25-sf-65899 | Nina M Owens |
| 25-sf-65899 | Michael A Paul |
| 25-sf-65899 | Carlten W Probst |
| 25-sf-65899 | Juan L Quinones |
| 25-sf-65899 | William Thomas Reardon |
| 25-sf-65899 | Jonathan J Reed |
| 25-sf-65899 | Mark E Reed |
| 25-sf-65899 | Richard G Rego |

| | |
|---|---|
| 25-sf-65899 | Jacob Richardson |
| 25-sf-65899 | Christina Rizzuto |
| 25-sf-65899 | Robert Lance Rogers |
| 25-sf-65899 | Adam A Vallejos Jr |
| 25-sf-65919 | William C Rothwell |
| 25-sf-65919 | Andrew Lyman Russell |
| 25-sf-65919 | Robert Edward Rzeszut |
| 25-sf-65919 | Philip G Sarner |
| 25-sf-65919 | Randi Sheehan |
| 25-sf-65919 | Adam G Sikorski |
| 25-sf-65919 | Jose CJ Sisneros |
| 25-sf-65919 | Andrew J Startin |
| 25-sf-65919 | Debra K Stroud |
| 25-sf-65919 | Sonia Noami Suarez |
| 25-sf-65919 | Lisa Marie Tango |
| 25-sf-65928 | Sandro Rodriguez |
| 25-sf-65928 | Jason David Saia |
| 25-sf-65928 | Michael J Sorenson |
| 25-sf-65928 | David Tenney |
| 25-sf-65928 | Miklos Veszelovszky |
| 25-sf-65928 | Allen J Volff |

| | |
|---|---|
| 25-sf-65928 | Fardin Vosoughi Matana |
| 25-sf-65928 | Sean W Watene |
| 25-sf-65928 | Spencer L Weber |
| 25-sf-65928 | Joshua L Whalen |
| 25-sf-65928 | David Wheelock |
| 25-sf-65930 | Heather Katherin Archuleta |
| 25-sf-65930 | Keisha E Beasley |
| 25-sf-65930 | Jessica Ann Chavez |
| 25-sf-65930 | Rachel E Damesworth |
| 25-sf-65930 | Amanda L Grover |
| 25-sf-65930 | Mary Occhipinti |
| 25-sf-65935 | Tammie Armendariz |
| 25-sf-65935 | Samuel Azar |
| 25-sf-65946 | Ciara Lynn Krs |
| 25-sf-65946 | Michael Robert Labelle |
| 25-sf-65946 | Destinie R Lansford |
| 25-sf-65946 | Richard ED Lawrence |
| 25-sf-65946 | Parker J Leahmann |
| 25-sf-65946 | Robert J Ledonne |
| 25-sf-65946 | Courtney E Lunde |
| 25-sf-65946 | Angel X Marcial |

| | |
|---|---|
| 25-sf-65946 | Alyssa N Marra |
| 25-sf-65946 | Joshua N Marshall |
| 25-sf-65946 | Richard K Martin |
| 25-sf-65946 | Michael D McNeil |
| 25-sf-65946 | Sammy Jo Meeks |
| 25-sf-65946 | Nelson Montanez Aceved |
| 25-sf-65946 | Theodore J Moore |
| 25-sf-65946 | Kristina M Mottorn |
| 25-sf-65946 | Anthony P Murray |
| 25-sf-65946 | Theodore J Murray |
| 25-sf-65946 | Kristen Nice |
| 25-sf-65946 | Jessyca L Nickerson |
| 25-sf-65946 | Michael D Norton |
| 25-sf-65946 | Andrew John O'halloran |
| 25-sf-65946 | Erika M Olson |
| 25-sf-65946 | Melissa P Oshields |
| 25-sf-65946 | Brandon Lee Oxenrider |
| 25-sf-65946 | Kristen L Painter |
| 25-sf-65946 | Tiffany M Pardi |
| 25-sf-65946 | Sabrina Dolores Petrie |
| 25-sf-65946 | Rashod D Pittman |

| | |
|---|---|
| 25-sf-65946 | Lou Christopher Podleiszek |
| 25-sf-65948 | Nina M Erwin |
| 25-sf-65948 | Sara N Esposito |
| 25-sf-65948 | Erin R Fehsenfeld |
| 25-sf-65948 | Kaitlin Ann Fernandez |
| 25-sf-65948 | Kim D Foster |
| 25-sf-65948 | Michelle L Foy |
| 25-sf-65948 | Brianna M Goodwin-Mcanen |
| 25-sf-65948 | Mandy Jean Goulet |
| 25-sf-65948 | Tucker J Griego |
| 25-sf-65948 | Stephanie Lynn Griffin |
| 25-sf-65948 | Michael A Gruel |
| 25-sf-65948 | Hillary L Harbour |
| 25-sf-65948 | Harold Lloyd Harris |
| 25-sf-65948 | Leonard Hidalgo |
| 25-sf-65948 | Nathan F Holland |
| 25-sf-65948 | Nicole Lee Jacobs |
| 25-sf-65948 | Meaghan A Job |
| 25-sf-65948 | Justin James Johnson |
| 25-sf-65948 | Billyjo Irving Johnston |
| 25-sf-65948 | Stacy Nicole Kemphfer |

| | |
|---|---|
| 25-sf-65948 | Caroline Inna Kolakowski |
| 25-sf-65935 | Hailey Altman Barron |
| 25-sf-65955 | Simeon J Reid |
| 25-sf-65955 | Nachelene Reyes |
| 25-sf-65955 | Catherine N Rizzo |
| 25-sf-65955 | Christensen Jame Roach |
| 25-sf-65955 | Joshua Jonathon Roberts |
| 25-sf-65955 | Richie B Roberts |
| 25-sf-65955 | Reid Roy Schultz |
| 25-sf-65955 | Christopher Math Sciacchitano |
| 25-sf-65955 | Tammy Louise Sharpe |
| 25-sf-65955 | Andrew Siwy |
| 25-sf-65955 | Ruben Sostre |
| 25-sf-65955 | Laura L Sparks |
| 25-sf-65955 | Jessica Marie Steck |
| 25-sf-65955 | Allen Joseph Stein |
| 25-sf-65955 | Robyn L Streiferd |
| 25-sf-65955 | Timothy C Sunke |
| 25-sf-65955 | Aisling Sutton |
| 25-sf-65955 | Jose G Tapia |
| 25-sf-65955 | James L Taylor |

| | |
|---|---|
| 25-sf-65955 | Robert Paul Thomas |
| 25-sf-65955 | Ryan S Tralmer |
| 25-sf-65955 | Adam J Trites |
| 25-sf-65955 | Francis Valiquette Jr. |
| 25-sf-65955 | Samuel J. Vandenorth |
| 25-sf-65955 | Farrah G Vaughan |
| 25-sf-65955 | Marlee P Velazquez |
| 25-sf-65955 | Anthony M Verdile |
| 25-sf-65955 | Kyle P M Vickery |
| 25-sf-65955 | Raynauld E Watkins |
| 25-sf-65955 | Brittany A White |
| 25-sf-65955 | Shianne M Willig |
| 25-sf-65973 | Derek Delosh |
| 25-sf-65973 | Erika Benavides |
| 25-sf-65973 | Tammy Hutchins |
| 25-sf-65973 | Janae Magee |
| 25-sf-65973 | Ashley Houghtaling |
| 25-sf-65973 | Samuel Ismael Navarro |
| 25-sf-65973 | William Rivera |
| 25-sf-65973 | Pamela Wykle |
| 25-sf-66032 | Jacob Arthur |

| | |
|---|---|
| 25-sf-66032 | Preston Ross Barley |
| 25-sf-66032 | Kalin Ellise Bates-Lafontant |
| 25-sf-66032 | Brandi Gale Bloomberg |
| 25-sf-66032 | Steven Wade Braswell |
| 25-sf-66032 | Michael C Burns |
| 25-sf-66032 | Van Martin Capps |
| 25-sf-66032 | Christopher Lee Carrigan |
| 25-sf-65935 | Drew A Edwards |
| 25-sf-66032 | Christen Michelle Franklin |
| 25-sf-66032 | Jessica S Frye |
| 25-sf-66032 | Jason Thomas Gonzalez |
| 25-sf-66032 | Kyle G Harmon-Townse |
| 25-sf-66032 | Ashley N. Hill |
| 25-sf-66032 | KC Tyler Jackson |
| 25-sf-66032 | Scott L Kerns |
| 25-sf-66032 | Brian J McGinnis |
| 25-sf-66032 | Ashley Mullins Severt |
| 25-sf-66032 | Chad Short |
| 25-sf-66032 | Jessica Nicole Simonds |
| 25-sf-66032 | Tonya Renee Starnes |
| 25-sf-66032 | Robert Terry |

| | |
|---|---|
| 25-sf-66032 | Perri Jaye Tosto II |
| 25-sf-66032 | Judson Reid Vickery |
| 25-sf-66032 | Joshua P Willis |
| 25-sf-66034 | Robert Paul Allen |
| 25-sf-66034 | Chelsea B Barnett |
| 25-sf-66034 | Dustin A Birtell |
| 25-sf-66034 | April Bizzell |
| 25-sf-66034 | Christina Branton |
| 25-sf-66034 | Rebecca Brown |
| 25-sf-66034 | Aimee Ciufo |
| 25-sf-66034 | Melissa Dawn Edmondson |
| 25-sf-66034 | Hailey Fought |
| 25-sf-66034 | Terrier Latrice Gresham |
| 25-sf-66034 | William K Hughes |
| 25-sf-66034 | Jay Christopher Hunt |
| 25-sf-66034 | Deitra Lackey |
| 25-sf-66034 | Chelsea A Lowe |
| 25-sf-66034 | Thomas M Ray |
| 25-sf-66034 | Megan Sherrill |
| 25-sf-66034 | Deanna Simpson |
| 25-sf-66034 | Geneva Nichole Tejeda |

| | |
|---|---|
| 25-sf-66034 | Brittany Thomas |
| 25-sf-66035 | Michelle A Gurley |
| 25-sf-66035 | Deborah Kulowiec |
| 25-sf-66035 | Dawn S Leggett |
| 25-sf-66035 | Anthony R Scopino |
| 25-sf-66035 | Heather T Stamper |
| 25-sf-66035 | John Robert Thomas |
| 25-sf-66035 | Jennifer Lynn Whitman |
| 25-sf-66036 | Margaret Lux |
| 25-sf-66036 | Paul J Rinaldi |
| 25-sf-66036 | Stephan Tremain Woods |
| 25-sf-66036 | Leanne M Woolard |
| 25-sf-66036 | Eddie Wordlaw |
| 25-sf-66036 | Alyssa M Wright |
| 25-sf-66036 | Amy J Wright |
| 25-sf-66036 | Jessica E Zukowski |
| 25-sf-66048 | David Baxter |
| 25-sf-66048 | Devin Cook |
| 25-sf-66048 | Rusty Currin |
| 25-sf-66048 | Joshua Jones Curtis |
| 25-sf-66048 | Erica Marie Fields |

| | |
|---|---|
| 25-sf-66048 | Jessica Flanagan |
| 25-sf-66048 | Tonya A Francis |
| 25-sf-66048 | Haley Goode |
| 25-sf-66048 | Jessica L Griffin |
| 25-sf-66048 | Emily Grill |
| 25-sf-66048 | Jayne Haney |
| 25-sf-66048 | Worth L Hill |
| 25-sf-66048 | James Matthew Jennings |
| 25-sf-66048 | Alicia Nicole Jones |
| 25-sf-66048 | Tische Leigh Jones |
| 25-sf-66048 | Jillian Lahrman |
| 25-sf-66048 | Briana A Lovings |
| 25-sf-66048 | Misty D Myers |
| 25-sf-66048 | Kimberley Michel Nashwinter |
| 25-sf-66048 | David Norville |
| 25-sf-66048 | John Michael Oakley |
| 25-sf-66048 | Ashley O Parker |
| 25-sf-66048 | Sabrina A Prince |
| 25-sf-66048 | Jessica Pritchard |
| 25-sf-66048 | Derek Allen Smith |
| 25-sf-66048 | Mark C Tatum |

| | |
|---|---|
| 25-sf-66048 | Andreas George Trakas |
| 25-sf-66048 | William J Tudor |
| 25-sf-66048 | Samantha Weeks |
| 25-sf-66048 | Amanda L Whittington |
| 25-sf-66050 | Andrew G D Banning |
| 25-sf-66050 | James E Brewer |
| 25-sf-66050 | Ashley N Chavis |
| 25-sf-66050 | Albert Logan Coley |
| 25-sf-66050 | Jonita Cornwell |
| 25-sf-66050 | Carey Joshua Nat Daniels |
| 25-sf-66050 | Melanie S Foust |
| 25-sf-66050 | Ashley R Frees |
| 25-sf-66050 | Jessica Gainey |
| 25-sf-66050 | James Clifton Hayes |
| 25-sf-66050 | Tiondre D Henderson |
| 25-sf-66050 | Codey Jordan Hill |
| 25-sf-66050 | Lacey Cheyenne Johnson |
| 25-sf-66050 | Brooke Chrislyn Jordan |
| 25-sf-66050 | Shannon Kirkpatrick |
| 25-sf-66050 | Lona Lindsey |
| 25-sf-66050 | Winona D Locklear |

| | |
|---|---|
| 25-sf-66050 | Thomas E Mann |
| 25-sf-66050 | Tonya A Mintz |
| 25-sf-66050 | Holly N Moise |
| 25-sf-66050 | Casey L Neilson |
| 25-sf-66050 | Cassandra L Parker |
| 25-sf-66050 | James Ray Phillips |
| 25-sf-66050 | Heather N Powell |
| 25-sf-66050 | Christopher E Puckett |
| 25-sf-66050 | Lana Renaud |
| 25-sf-66050 | Jennifer L Sewell |
| 25-sf-66050 | Carrie Smith |
| 25-sf-66050 | Rachel Marie Smith |
| 25-sf-66050 | Patricia M Stultz |
| 25-sf-66050 | Jennifer Lynn Taylor |
| 25-sf-66050 | Hubert Tyler |
| 25-sf-66050 | Kelly O Tyson |
| 25-sf-66050 | Denise Ward |
| 25-sf-66050 | Jessica Maria Whitley |
| 25-sf-66074 | Allyssa Valdez |
| 25-sf-66074 | Billie Cunningham |
| 25-sf-66074 | Cheryl Lynn Boley |

| | |
|---|---|
| 25-sf-66074 | Delores Franks |
| 25-sf-66074 | Derek Frazier |
| 25-sf-66074 | Donald Riddle |
| 25-sf-66074 | Edward Vanwagner |
| 25-sf-66074 | Eugene Paul Franjola |
| 25-sf-66074 | Garrett A. Farrell |
| 25-sf-66074 | James T. Horton |
| 25-sf-66074 | John Paul Young |
| 25-sf-66074 | Joseph Stephens |
| 25-sf-66074 | Lorraine Pickens |
| 25-sf-66074 | Marriam Goodrich |
| 25-sf-66074 | Michael Fidler |
| 25-sf-66074 | Michael S. Hartley |
| 25-sf-66074 | Michael Hunt |
| 25-sf-66074 | Nicholas Grasso |
| 25-sf-66074 | Pamela Smith-Jenkins |
| 25-sf-66074 | Ricky Crowl |
| 25-sf-66074 | Robert Barber |
| 25-sf-66074 | Roxanne Murray |
| 25-sf-66074 | Sandra Ventre |
| 25-sf-66074 | Terry Coleman |

| | |
|---|---|
| 25-sf-66074 | Vinicio Ramirez |

**I.B. Surviving Claims**

**I.B.1. No Objection**

Defendants do not object to a finding of good cause based on the submissions of several Plaintiffs. Based on its independent review, and without objection, the Court determines that the following Plaintiffs' claims may proceed:

| Case No. | Name |
|---|---|
| 25-sf-65003 | Ryan Dunn |
| 25-sf-65255 | Terry Brown |
| 25-sf-65506 | Jason Barrette |
| 25-sf-65676 | Robert Arnold |
| 25-sf-65780 | Leanne Lapointe |
| 25-sf-65781 | Michele Rodrigues |
| 25-sf-65795 | Shane Henson |
| 25-sf-65795 | Bryan Higginbotham |
| 25-sf-65795 | Ryan Ruiz |
| 25-sf-65795 | Karen Spear |
| 25-sf-65803 | Matthew Edward Eckes |
| 25-sf-65808 | Erica Swann |
| 25-sf-65863 | Tara Uribe |
| 25-sf-65880 | Jeff Hyder |

| | |
|---|---|
| 25-sf-65884 | Tabitha McAllister |
| 25-sf-65887 | Moussay Ortiz |
| 25-sf-65889 | Abbie Snyder |
| 25-sf-65889 | Tobias Tracy-Raeder |
| 25-sf-65889 | Joshua West |
| 25-sf-65896 | Tiffany Engel |
| 25-sf-65896 | Rance Grisham |
| 25-sf-65896 | Grant Hardee |
| 25-sf-65897 | Jason Bell |
| 25-sf-65897 | Nicholas Gibbins |
| 25-sf-65898 | Rachael Lahage |
| 25-sf-65902 | Donald J. Salazar |
| 25-sf-65909 | Carly Moe |
| 25-sf-65911 | Matthew Edminster |
| 25-sf- 65925 | Casey Allen |
| 25-sf-65925 | Richard Clark |
| 25-sf-65928 | Michael Anthony Roberts |
| 25-sf-65937 | Max Aragon |
| 25-sf-65937 | Bernadette Bolding |
| 25-sf-65937 | Sean Clark |
| 25-sf-65938 | John Albernaz |

| | |
|---|---|
| 25-sf-65938 | Dianna Gravel |
| 25-sf-65939 | Cynthia Prince |
| 25-sf-65939 | Kim Stack |
| 25-sf-65941 | Jermaine Wilkes |
| 25-sf-65941 | Joshua Williams |
| 25-sf-65942 | Corey Howell |
| 25-sf-65942 | George Kourelis |
| 25-sf-65956 | Mary Linkous |
| 25-sf-65954 | Dean Marshall |
| 25-sf-65957 | Benjamin Trammell |
| 25-sf-65958 | Hassan Boussy |
| 25-sf-65958 | Erin Petrea |
| 25-sf-65958 | Eric Potvin |
| 25-sf-65985 | Gregory McCoy |
| 25-sf-65993 | Matthew Delulis |
| 25-sf- 66002 | Kelcey Mager |
| 25-sf-66015 | Casandra Miller |
| 25-sf-66016 | William Stanley |
| 25-sf-66017 | Kevin Wood |
| 25-sf-66028 | Lana Fields |
| 25-sf-66028 | Robert Vincent |

| | |
|---|---|
| 25-sf-66029 | Shilo Hearn |
| 25-sf-66038 | Carla Vandenberger |
| 25-sf-66081 | Justin Goncalves |
| 25-sf-66099 | Crystal Binder |
| 25-sf-66099 | Timothy Kaelin |
| 25-sf-66099 | James Piantadosi |
| 25-sf-66099 | Ira Siegel |
| 25-sf-66105 | Johnny Dinh |
| 25-sf-66105 | Joseph Touchet |
| 25-sf-66112 | Veronica Trujillo |
| 25-sf-66124 | Keylia Collins |
| 25-sf-66126 | Dennis Manning |
| 25-sf-66080 | Jesse Wasserman |

**II.B.2. Deceased Plaintiffs**

Additionally, counsel for several Plaintiffs informed the Court that their clients are deceased. In these cases, Defendants do not object to a finding of good cause. Accordingly, the Court determines that the following claims survive:

| | |
|---|---|
| 25-sf-65762 | Frank Sonsiadek |
| 25-sf-65901 | Danny Glover |
| 25-sf-65902 | Richard A. Rapazzo Jr. |
| 25-sf-65907 | Ben C. Ganger |

| | |
|---|---|
| 25-sf-66074 | Adela Marie Hidalgo |
| 25-sf-65858 | Jeramy Headley |

### I.C. Disputed Submissions

For the following Plaintiffs, the parties dispute whether Plaintiff demonstrates good cause.

#### I.C.1. Email, Phone, and Technical Issues

Several submissions involve Plaintiffs who offered email, phone, and technical issues as an explanation for their noncompliance. These issues include a change in email address not communicated to counsel; trouble with email, computer, and document access; accidentally blocking counsel; a change in phone number without advising counsel; deletion of email addresses without the knowledge of counsel; or relevant emails buried under others in an inbox or other folder. A lack of diligence in checking emails, communication about a change in email address or phone number, or technological difficulties communicating with counsel does not show diligence. Therefore, the Court finds that such circumstances do not demonstrate good cause and **DISMISSES WITH PREJUDICE** the following Plaintiffs' claims:

| Case No. | Name |
|---|---|
| 25-sf-65671 | Ive Victoria Elske |
| 25-sf-65763 | Misty Jean McCrorie |
| 25-sf-65777 | Mark Joseph Dawson |
| 25-sf-65803 | Linda Jacklin |

| | |
|---|---|
| 25-sf-65875 | Cynthia M. Crawford |
| 25-sf-65885 | Carrie Neanover |
| 25-sf-65889 | Gary Wade |
| 25-sf-65895 | Anaalicia Sanders |
| 25-sf-65896 | Amanda Nelson |
| 25-sf-65898 | David Miskiel |
| 25-sf-65898 | Hollie Rainwater |
| 25-sf-65898 | Shawn Smith |
| 25-sf-65902 | StacyAnn Stuart Casserly |
| 25-sf-65937 | Juile Bradley |
| 25-sf-65937 | Michael Asselin |
| 25-sf-65939 | James Benoit |
| 25-sf-65943 | Chelsea Slaughter |
| 25-sf-65957 | Angela St. Clair |
| 25-sf-65957 | William Francis |
| 25-sf-65957 | Andrew Harris |
| 25-sf-65957 | Kyle Schumacher |
| 25-sf-65957 | Kenneth Weller |
| 25-sf-65973 | Joshua Garcia |
| 25-sf-65981 | Maria Dewey |
| 25-sf-65983 | Rocky Pouliot Jr. |

| | |
|---|---|
| 25-sf-65985 | Brandy Ray |
| 25-sf-65985 | Damien Sevene |
| 25-sf-66093 | Donald Vaughan |
| 25-sf-66098 | Denise Aucoin |
| 25-sf-66098 | Gary Blair |
| 25-sf-66099 | Ashley Anderson |
| 25-sf-66099 | Efrem Rivera |
| 25-sf-66099 | Kenneth Tennant III |
| 25-sf-66105 | Chris Reginelli |
| 25-sf-66105 | Melinda Taylor |
| 25-sf-65898 | Shawn Smith |

**I.C.2. Unspecified Issues**

Several submissions involve Plaintiffs who offered unspecified health, family, or personal issues as an excuse for their noncompliance. A generalized, conclusory, or unspecified excuse fails to carry a plaintiff's burden of demonstrating good cause. Therefore, the Court **DISMISSES WITH PREJUDICE** the following Plaintiffs' claims:

| Case No. | Name |
|---|---|
| 25-sf-65727 | Nathan Howell |
| 25-sf-65795 | John Britt |
| 25-sf-65868 | Crystal LaBadie |

| | |
|---|---|
| 25-sf-65889 | Michael Neville |
| 25-sf-65894 | Karen L. Cabral |
| 25-sf-65895 | Danielle Aiken |
| 25-sf-65895 | Edward Powers |
| 25-sf-65895 | Julie Thurston |
| 25-sf-65895 | Nicole Casiero |
| 25-sf-65897 | Joshua Ledl |
| 25-sf-65902 | Jacob Sumner Spaulding |
| 25-sf-65912 | April Westphal |
| 25-sf-65914 | Michelle Carone |
| 25-sf-65937 | Bryan Fair |
| 25-sf-65937 | Gregory Carmichael |
| 25-sf-65938 | Anthony Manfre |
| 25-sf-65938 | Earl Massey |
| 25-sf-65956 | David Sparks |
| 25-sf-65956 | Robert Lamontage |
| 25-sf-65942 | Jeffrey Frohm |
| 25-sf-65957 | Eric Ohlswager |
| 25-sf-65957 | Jade Polinkusworthen |
| 25-sf-65958 | Daniel Mccaskill |
| 25-sf-65958 | Timothy Willis |

| | |
|---|---|
| 25-sf-66092 | Jacob Whitstine |
| 25-sf-66093 | Tonya Asher |
| 25-sf-66093 | David Young |
| 25-sf-66092 | Tabitha Hasty |
| 25-sf-66098 | Lynette Singleton |

**I.C.3. Incarceration**

One submission in this category involves a Plaintiff who lost contact with counsel due to his incarceration. Incarceration may reasonably interfere with a plaintiff's ability to communicate, especially where counsel is unaware of the circumstances. For this reason, the Court determines that the following claim may proceed:

| Case No. | Name |
|---|---|
| 25-sf-65907 | Shane Walker |

**I.D. Remaining Submission**

The remaining submission is one to which Defendants did not respond. Plaintiff Evan Shockman explains his noncompliance as the result of his mistaken belief that he did not have the necessary records to continue with his claim. Additionally, he reports that he now has technical issues with Crosslink that prevent him from serving his census form. However, a plaintiff's mistaken beliefs regarding his own medical records do not constitute good cause. It is incumbent upon Plaintiffs

to exercise diligence in working with counsel and fulfilling their case obligations. Therefore, the Court **DISMISSES WITH PREJUDICE** the following claim:

| Case No. | Name |
|---|---|
| 25-sf-65987 | Evan Shockman |

## II. Plaintiffs Exempted by Joint Stipulation

The parties jointly filed a list of Plaintiffs whom they propose to exempt from the Show Cause Order because the deficiencies have been satisfactorily resolved. (ECF No. 833.) The Court **ADOPTS** this stipulation and **WITHDRAWS** these Plaintiffs from its Order.

## III. Non-Responsive Plaintiffs

Finally, many Plaintiffs who were subject to the Show Cause Order did not file submissions or make any effort to show good cause for their noncompliance. Defendants provided the Court with a list of these Plaitniffs. (ECF No. 841-1.) Based on their unexcused non-compliance with Case Management Order No. 20 as well as with the Show Cause Order, the Court **DISMISSES WITH PREJUDICE** the Plaintiffs' claims listed in ECF No. 841-1.

## CONCLUSION

In accordance with the above, the Court will docket appropriate judgments in the individually filed cases.

**SO ORDERED.**

Dated: October 22, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio