**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) | Case No. 1:24-md-03092 |
| | ) | MDL No. 3092 |
| | ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) | |

**ORDER**

On February 13, 2025, this Court entered Case Management Order No. 13—Collection of Records. (ECF No. 194.) Pursuant to Section IV.C. of that Order, upon receipt of an executed medical authorization and copy of the Order from requesting counsel, an Entity must produce such records to requesting counsel or its designee listed in the authorization within 30 days. Further, pursuant to Section V of that Order, failure to comply with any of the terms of the Order will result in an Order to Show Cause why the Entity should not be held in contempt or subjected to sanctions under Rule 37(b)(2)(A) for failure to comply with a discovery order. Since entry of Case Management Order No. 13, the parties in this MDL have used this procedure to collect thousands of pages of medical records from hundreds (or more) Entities around the country, largely without incident and without the need for the Court's direct oversight and involvement in that process.

On July 10, 2026, the Court entered an Amended Order that certain identified Entities show cause why they should not be held in contempt or subjected to other or additional sanctions for their failure to comply. (ECF No. 790.) Further, the Court

scheduled an in-person hearing for August 18, 2026. (*Id.*) At the hearing, no one appeared on behalf of any of the Entities who were subject to the Court's Order to Compel (ECF No. 703). (*Id.*)

The Court ordered the providers to produce the relevant records for their associated Plaintiffs no later than September 11, 2026. (ECF No. 819.) Further, the Court stated that it would entertain a motion for contempt pursuant to Rule 45(g) should any provider fail to comply by that date. (*Id.*)

The Court set a deadline of October 16, 2026 for any motions for contempt regarding non-compliant Entities who failed to appear for the contempt hearing and scheduled a contempt hearing for October 27, 2026. (*Id.*)

On October 16, 2026, Defendants informed that Court that, despite their reasonable efforts to obtain records from certain entities, the following Entities have not complied with the Court's prior orders:

| Last Name | First Name | Entity Name |
|---|---|---|
| Galle | Robert | Zak Dental |
| Roberts | Annie | AppleGate Recovery Birmingham |

(ECF No. 863.) Defendants request that the Court hold these Entities in contempt for failure to comply with Case Management Order No. 13 and the Court's prior orders and order them to provide the requested medical records by October 27, 2026. (ECF No. 819; ECF No. 823.)

The Court **SCHEDULES** a contempt hearing December 15, 2026 at 2:00 p.m. eastern in Courtroom 16B, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio. The Court **ORDERS** the custodian or another representative of each Entity with knowledge of its responses to the requests for records for their associated Plaintiffs to appear, to explain their failure to comply with Case Management Order No. 13, to identify the steps being taken to provide the records requested expeditiously, and to explain why each Entity should not be held in contempt or subjected to other or additional sanctions under Rule 37(b)(2)(A). Representatives of each Entity must file any response no later than December 8, 2026. Further, the Court **ORDERS** the Entities to provide the requested medical records by December 8, 2026.

The Court **ORDERS** requesting counsel to serve this Order on the custodians, representatives, or personnel of each Entity with whom he or she has been dealing and to certify service.

**SO ORDERED.**

Dated: November 4, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio