**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) | Case No. 1:24-md-03092 |
| | ) | MDL No. 3092 |
| | ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) | |

**ORDER TO SHOW CAUSE**

On October 8, 2025, the Court issued Case Management Order No. 20, which requires Plaintiffs with cases filed after October 7, 2024 to submit Census Forms, authorizations, and provide proof of use and proof of injury. (ECF No. 520.) For cases filed on or after October 1, 2025, Section II.B. states that Plaintiff's Census From and medical authorizations must be served within 60 days of the filing of the action. (*Id.*, PageID #8790.)

Section IV of Case Management Order No. 20 adopted Section II.E. of Case Management Order No. 12, which requires Plaintiffs, "contemporaneous with serving the Census Form and executed authorizations," to "upload records establishing (1) proof of use of brand-name Suboxone Film, and (2) proof of dental injury post-dating the use of Suboxone Film." (*Id.*, PageID #8790 (citing ECF No. 158, PageID #4040).) This framework provided Plaintiffs with at least 244 days and up to 601 days after the filing of their case to provide their Census Form, authorizations, and proof of use and injury.

Further, Section IV of Case Management Order No. 20 adopted Section II.G. of Case Management Order No. 12, which provides that "Plaintiffs who cannot substantiate injury or product identification within the applicable deadline will be dismissed with prejudice." (*Id.*, PageID #870 (citing ECF No. 158, PageID #4042).)

On November 3, 2026, Defendants advised the Court that certain Plaintiffs that are subject to Case Management Order No. 20 failed to complete the Census Forms as required. (ECF No. 877.) Therefore, Defendants filed a motion for an Order to Show Cause requesting the non-compliant Plaintiffs to show cause why they should not have their cases dismissed with prejudice for failure to comply with the Court's Orders.

As to the Plaintiffs listed in ECF No. 877-1, pursuant to the Court's authority to direct and control the coordinated discovery in this multidistrict litigation under 28 U.S.C. § 1407, Rule 16, Rule 26(b), Rule 34, and Rule 45, and the Court's inherent authority, the Court finds good cause to issue the following order:

The Court **ORDERS** that, on or before November 23, 2026, each plaintiff listed in Defendants' motion (ECF No. 877-1) must show cause why he or she did not comply with Case Management Order No. 20. To show cause, a Plaintiff must (1) submit the completed Census Form, authorizations, and documentation establishing proof of use and proof of dental injury using Crosslink and (2) file a memorandum demonstrating good cause why the census was not timely submitted. Such submissions shall be filed on the individual case docket, shall be titled "Census Deficiency Plaintiff [Plaintiff First and Last Name] Response to Show Cause Order," and be limited to 500 words.

If a Plaintiff subject to this Show Cause Order disputes that he or she is not in compliance (*i.e.*, has timely provided the census submission), such Plaintiff or counsel for Plaintiff shall promptly communicate with Defendants' counsel regarding compliance status. Defendants' counsel shall communicate with the PLC to address any such issues cooperatively.

Further, the Court **ORDERS** that Defendants respond to any submission filed pursuant to this Order within 7 days of the submission. Such responses are limited to 500 words or, in the case of omnibus responses, 500 words for each submission addressed. No replies are permitted. Based on the parties' submissions, the Court will either (1) dismiss the Plaintiff's claims with or without prejudice in accordance with Case Management Order No. 20 or (2) allow the Plaintiff's claims to continue.

For those Plaintiffs listed in ECF No. 877-1 as to whom no response is submitted on or before November 23, 2026, the Court will dismiss their claims *with prejudice*. The Court directs the parties to submit a list by November 30, 2026 of any Plaintiffs listed in ECF No. 877-1 who have not submitted a response on or before this deadline.

**SO ORDERED.**

Dated: November 6, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio