**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE/NALOXONE) FILM PRODUCTS LIABILITY LITIGATION | ) | Case No. 1:24-md-3092 |
| | ) | MDL No. 3092 |
| | ) | Judge J. Philip Calabrese |
| This Document Applies to All Cases | ) | |

**EXHIBIT A**

With respect to each of the Entities listed below, more than 30 days have passed since service of an executed medical authorization accompanied by a copy of Case Management Order No. 13. According to counsel, multiple attempts have been made to obtain records from each of these Entities.

Counsel informed the Court that the following Entities are not in compliance (ECF No. 867-1):

| Last Name | First Name | Entity Name |
|---|---|---|
| Blasich | Gerard | Mount Sinai South Nassau |
| Cornett | Levi | Tri-State Community Healthcare |
| Dale | Lisa | Best Life Mental Health Solutions |
| Dale | Lisa | Amy Weiss, MD |

| | | |
|---|---|---|
| Digilio | Joseph | Jefferson Family & Community Medicine |
| Digilio | Joseph | Livengrin Foundation |
| Gigilio-Greenway | Mary | Christ Medical Center |
| Lee | Christopher | Salem Clinic |
| McCarty | William | Choices in Living Counseling Center |
| Peters | Melissa | Supriya Sharma, DMD |

Counsel informed the Court that the following Entities are not in compliance (ECF No. 881-1):

| Last Name | First Name | Entity Name |
|---|---|---|
| Butler | Kaisharyea | Comprehensive Behavioral Health Center of St Clair County Inc |
| Crow | David | Circle Health Urgent Care Dracut (as to billing records only) |
| Hartley | Chad | Trumbull Regional Medical Center |
| Marsh | Jeremiah | Alan Tom, MD |
| Merritt | Shannon | Jeffrey Lin, MD |

| | | |
|---|---|---|
| Merritt | Shannon | Scott Williams, MD |
| Russo | Kayla | Maine Health Neurology |
| Spears | Brittany | Community Medical Services |

Counsel informed the Court that the following Entities are not in compliance (ECF No. 889-1):

| Last Name | First Name | Entity Name |
|---|---|---|
| Guyon | Benjamin | Jefferson Health |
| Guyon | Benjamin | Prospect Park Family Dentistry |
| Guyon | Benjamin | Advanced Family Smile |
| Ordway | Aaron | Pinnacle Orthopedics |

Counsel informed the Court that the following Entities are not in compliance (ECF No. 898-1):

| Last Name | First Name | Entity Name |
|---|---|---|
| Adams | Joshua | Bedford Transitions LLC |

| | | |
|---|---|---|
| Russo | Kayla | Maine Health Neurology |
| Russo | Kayla | Maine Medical Center |
| Russo | Kayla | Maine Medical Center Hepatitis Clinic/Adult Specialty Care |
| Russo | Kayla | Maine Medical Center Womens Health GYN Oncology |
| Russo | Kayla | McGeachy Hall Mental Health Center/Maine Behavioral Center |